```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

         NOV 27 2023          CR

             AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     BY                         DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

RYAN NEIL MORRISON

                  Petitioner,

vs.

FANY DAMIAN CHANG

                  Respondent.

No. 22:23 -cv-01655 RAJ

DECLARATION OF FANY DAMIAN CHANG ATTACHING EXHIBITS ON MY ANSWER TO PETITION FOR RETURN OF CHILD

## ATTACHING EXHIBITS

I, Fany Damian Chang, incorporate the following exhibits into my response and declaration. I refer to myself as a respondent.

1. Attached and marked as Exhibit A is a true and accurate copy of my permanent residence card, Fany Damian Chang since July 06, 2017.

2. Attached and marked as Exhibit B is a true and accurate copy of emails from Chicago Title Company confirming the purchase of our home in 2017, 3905 Lone Lake Road, Langley WA as well as proof of purchase of a piece of property on Harbor Hills RD. Langley, WA.

ANSWER TO PETITION FOR RETURN OF CHILD. Pg. 1 of 9

Fany Morrison (Chang)
P.O. Box 702
Langley, WA 98260
206-949-2089

3. Attached and marked as Exhibit C is a true and accurate copy of D.D.M, my oldest son's South Whidbey enrollment From 2017 to current year 2023-2024.

4. Attached and marked as Exhibit D is a true and accurate copy of an email with my midwife Miranda Hastings verifying medical care and services for my care leading up to the birth of R.E.M.

5. Attached and marked as Exhibit E is a true email from the petitioner marked "Goten" showing the petitioner's knowledge of my oldest son's multiple birth certificates and name changes.

6. Attached and marked as Exhibit F is a timeline chart created by the defendant 2017-2023 with details and reasons why R.E.M. has spent time in both the United States and Mexico.

7. Attached and marked as Exhibit G of Airbnb listing of investment property in Mexico along with account payout receipts from October 11,2022- November 25,2022

8. Attached and marked as Exhibit H is a true and accurate copy of Island County Assessor office proof of quick claim deed of house in 2017 sold to George and Evelyn Vanderlip in Oct 2020 and a copy of Island county assessor office of purchase of 4930 Harbor hills

ANSWER TO PETITION FOR RETURN OF CHILD. Pg. 2 of 9          Fany Morrison (Chang)
                                                            P.O. Box 702
                                                            Langley, WA 98260
                                                            206-949-2089

Rd property.

9. Attached and marked as Exhibit I is a true and accurate copy of R.E.M daycare enrollment records at South Whidbey Children's Center Starting Sept 14, 2020 -November 24, 2021 and again enrolled June 19, 2022- Current

10. Attached and marked as Exhibit J is a true and accurate copy of 2021,1040 US Tax Return with attached Child and Dependant Care Expense

11. Attached and marked as Exhibit K is a true and accurate copy list of current R.E.M's medical visits dating from prenatal care on April 10, 2019 to October 25, 2023 and current Immunization records from Pediatrics Associates of Whidbey Island

12. Attached and marked as Exhibit L is a screenshot of the day I opened an '911 organic' email account to the last day I received an inquiry in May, 2023.

13. Attached and marked as Exhibit M is a true and accurate copy of Grecia Guadalupe Cota Marquez official declaration of the criminal investigation SGO/17/2023.

14. Attached and marked as Exhibit N is a true and accurate copy of Evelyn Vanderlip's sworn Declaration to the Superior Court of Washington in Island County where she stated that she is worried about me and my kids safety.

15. Attached and marked as Exhibit O Separately, a true copy of email sent by the Petitioner to Evelyn saying we do not have intentions to leave soon, dated Sep 6, 2021

16. Attached and marked as Exhibit P email forwarded from the Petitioner to me with the title "Fwd: Reality Homes with date Oct 12, 2021 regarding our lot home building process.

17. Attached and marked as Exhibit Q is a true and accurate copy of a texts from April 7,2022 into July 2022 through Oct 30, 2022 from Candace Jordan (petitioner's mother), texts from Amber Morrison (petitioner's sister) with a Narcissistic personality disorder link, and Wayne Morrison asking the petitioners sister, mom and dad to help.

18. Attached and marked as Exhibit R is a true and accurate copy of a text from The petitioner's, Mom Candace Jordan to Fany sending the Island Crisis line

19. Attached a and marked as Exhibit S email from Robrt J Johnson Deputy Prosecutor Attorney Island county, subject "Ryan Morrison matter"

20. Attached and marked as Exhibit T is a true and accurate copy of Whatsapp transcript where the petitioner sent to the respondent house listings dated Sep, 2022 - October, 2022

ANSWER TO PETITION FOR RETURN OF CHILD. Pg. 4 of 9

Fany Morrison (Chang)
P.O. Box 702
Langley, WA 98260
206-949-2089

21. Attached and marked as Exhibit U is a true and accurate copy of text exchange between Ryan Morrison requesting that Fany Chang modify the availability of the shared Airbnb on November 12.

22. Attached and marked as Exhibit V is a true and accurate copy of What's App exchange between Ryan Morrison and Fany Chang notifying him of a doctor appointment for R.E.M. due to a respiratory virus infection.

23. Attached and marked as Exhibit W is a true and accurate copy of a Letter written by Fany Morrison to Ryan Morrison requesting a divorce after the Petitioner left the family in Nov, 2022

24. Attached and marked as Exhibit X is a true and accurate copy of a year long lease to Fany Morrison for a House 6045 McMaster Rd, Freeland, WA made December 11, 2022 till the following year December 11, 2023

25. Attached and marked as Exhibit Y a true and accurate signed copy of with job description of Fany Damian Morrison's work contract for the 2022-23 school year South Whidbey Children's Center with an official letter From South Whidbey Children's Center of commitment to stay indefinitely.

ANSWER TO PETITION FOR RETURN OF CHILD. Pg. 5 of 9

Fany Morrison (Chang)
P.O. Box 702
Langley, WA 98260
206-949-2089

26. Attached and marked as Exhibit Z is a true and accurate copy of Declaration of Service of Divorce papers to Superior Court Of Washington Island County No:22-3-00356-15 by Sandy Lee Bright

27. Attached and marked as Exhibit AA is a true and accurate copy of the Superior Court for Washington Island County, Court's temporary restraining order, No: 22-3-00356-15 restraining both parents from changing R.E.M's residency.

28. Attached and marked as Exhibit AB is a true and accurate copy of text messages to the petitioners family trying to find R.E.M after the petitioner took him without permission to Mexico as well as a signed witness statement of the Petitioner picking R.E.M from South Whidbey Children's Center.

29. Attached and marked as an exhibit AC Island County Sheriff Office Report 23#I00159 for Custodial Interference on Jan 3, 2022.

30. Attached and marked as Exhibit AD is a true and accurate copy of Declaration of 2nd Service of Divorce in Mexico, Declaration of Service of Divorce papers to Superior Court Of Washington Island County No:22-3-00356-15 January 11

31. Attached and marked as Exhibit AE is a true and accurate copy of FBI CriminalCase filed by Fany Morrison reporting R.E.M as possible victim of a crime

ANSWER TO PETITION FOR RETURN OF CHILD. Pg. 6 of 9

Fany Morrison (Chang)
P.O. Box 702
Langley, WA 98260
206-949-2089

32. Attached and marked as Exhibit AF is a true and accurate copy of an email exchange with Noelle McClure at the Office of Children's Issues asking about filing the Hague Convention papers

33. Attached and marked as Exhibit AG is a true and accurate copy of Contempt of Hearing Case No: 22-3-00356-15 Superior Court, Island County

34. Attached and marked as Exhibit AH is a true and accurate copy of the Parenting Plan awarding full custody Case No: 22-3-00356-15 Superior Court, Island County

35. Attached and marked as Exhibit AI is a true and accurate copy from Superior Court of Washington, Declaration of Fany Morrison in response to documents filed by Ryan Morrison on April 11, 2023

36. Attached and marked as Exhibit AJ is a true and accurate copy of the Declaration of Fany Morrison In support of Motion for Contempt Order).

37. Attached and marked as Exhibit AK is a true and accurate copy of the petitioner text to me saying R.E.M's safety was compromised as my ex-partner was talking about kidnapping our son.

ANSWER TO PETITION FOR RETURN OF CHILD. Pg. 7 of 9

Fany Morrison (Chang)
P.O. Box 702
Langley, WA 98260
206-949-2089

38. Attached and marked as Exhibit AL is a true and accurate copy of Lesiones calificadas NUC: LBR/20/2023/NUC) that Nelson Damian was found a victim of the situation

39. Attached and marked as Exhibit AM is a true and accurate copy of the report in Mexico for abduction or retention of a minor SGO/017/2023/NUC Defendant:Ryan Neil Morrison

40. Attached and marked as Exhibit AN is a true and accurate copy of email from David Goldman, GAL Subject: Semi-urgent re Morrison Case

41. Attached and marked as Exhibit AO- In the divorce in Mexico filed for Ryan Neil Morrison the Judge Josefina Curiel Gautereau reserved the right to give custody to the petitioner as there is no evidence enough to decree them.

42. Attached and marked as Exhibit AP is a true and accurate copy of a letter from the Consulate of the United States in Tijuana office of FBI to Lic. Daniel de la Rosa Anaya, Attorney General of Justice in the State of Baja California Sur asking for support of the recovery of R.E.M acknowledging the mother Fany Morrison's custody of the child.

43. Attached and marked as Exhibit AQ a true copy text from petitioner to friend, Damon Arndt stating that he would not leave the home in Mexico despite 'grave danger' and stating there was a threat of kidnapping made regarding R.E.M.

44. Attached and marked as Exhibit AR a true copy text from petitioner to defendant's brother, Nelson Damian, stating that the Cartel is angry.

I swear under penalty of perjury that the documents included are true and correct.

[Signed] _____
/Fany Damian Chang]

Fany Damian Chang, Pro Se Defendant, Respondent
[PO Box 702, Langley WA 98260]

ANSWER TO PETITION FOR RETURN OF CHILD. Pg. 9 of 9

Fany Morrison (Chang)
P.O. Box 702
Langley, WA 98260
206-949-2089