Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN NEIL MORRISON,

    Petitioner,

v.

FANY DAMIAN CHANG,

    Respondent.

No. 2:23-cr-001655-RAJ

ORDER

THIS MATTER comes before the Court on Respondent's Motion for Appointment of Spanish Interpreter. Dkt. # 16. On October 30, 2023, Petitioner Ryan Neil Morrison filed a Petition for Return of Children Under the Convention on the Civil Aspects of International Child Abduction. Dkt. # 1. On March 1, 2024, this Court ordered that all parties appear for an evidentiary hearing on the Petition, which is currently set for March 28, 2024 at 1:30 p.m., to conclude on March 29, 2024 at 9:00 a.m., if necessary.

Respondent now moves this Court to appoint an interpreter to assist her at the evidentiary hearing. Dkt. # 16. Respondent indicates that she does not have the financial means to secure an interpreter. *Id.* She resides in low-income housing, is employed as a preschool teacher earning $22.00 per hour, and has incurred significant debt related to legal proceedings. *Id.*

ORDER - 1

Federal Rule of Civil Procedure 43(d) provides that the Court "may appoint an interpreter of its choosing; fix reasonable compensation to be paid from funds provided by law or by one or more of the parties; and tax the compensation as costs." Fed. R. Civ. P. 43(d).  The nature of this proceeding, the central involvement of at least one non-native-English speaker, and the importance of both parents' engagement in this matter require the use of an interpreter so that the Court may properly and fully address all matters before it at the evidentiary hearing.  The Court finds that the interests of justice and the efficient use of judicial resources are served by the appointment of a Spanish language interpreter.

Having considered Respondent's Motion and the remainder of the record, it is so **ORDERED** that Respondent's Motion for Appointment of Spanish Interpreter is **GRANTED**.  The Court will arrange for the presence of a certified Spanish interpreter at the March 28, 2024 hearing (to conclude on March 29, 2024, if necessary), to be charged to the public expense.

DATED this 26th day of March, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2