# Ryan Neil Morrison v. Fany Damian Chang
## 2:23-cv-01655-RAJ

## EXHIBIT LIST

## Evidentiary Hearing

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | R.E.M.'s Birth Certificates from Washington and Mexico | A | 03-28-2024 | |
| 2 | Parties' Marriage Certificate | A | 03-28-2024 | |
| 3 | R.E.M.'s Certificate of Registration for Mexican Citizenship | A | 03-28-2024 | |
| 4 | Petitioner's Permanent Residence Permit for Mexico | A | 03-28-2024 | |
| 5 | R.E.M.'s and Petitioner's Flight Reservation | A | 03-28-2024 | |
| 6 | Receipt for Divorce Case Filing – Cabo San Lucas, Baja California Sur, Mexico | A | 03-28-2024 | |
| 7 | Letter Requesting Activation of Amber Alert | A | 03-28-2024 | |
| 8 | Hague Convention Application for Assistance | A | 03-28-2024 | |
| 9 | Wanted Poster | | | |
| 10 | Original Birth Certificate for Respondent's Oldest Son D.D.M | A | 03-28-2024 | |
| 11 | Falsified Birth Certificate for Respondent's Oldest Son D.D.M. | A | 03-28-2024 | |
| 12 | Name Change Order for D.D.M. | A | 03-28-2024 | |
| 13 | R.E.M.'s Mexican Passport | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 14 | Receipt of Divorce Case Filing – San Jose del Cabo, Baja California Sur, Mexico | A | 03-28-2024 | |
| 15 | Petitioner's Former and Current Mexican Drivers Licenses | | | |
| 16 | Mexican ID Card of Respondent | A | 03-29-2024 | |
| 17 | Letter from Dulce Elizabeth Cortez Lopez | A | 03-29-2024 | |
| 18 | Island County Assessor's Office Property Detail | | | |
| 19 | Emails between Respondent and Caitlyn Voss, SWCC Executive Director | A | 03-28-2024 | |
| 20 | Texts between Respondent and Amber Morrison | A | 03-28-2024 | |
| 21 | Declaration of Service (Sandy Lee Bright) | A | 03-29-2024 | |
| 22 | Court's Temporary Restraining Order | | | |
| 23 | Statement of Mexican Law re: Parental Rights | A | 03-28-2024 | |
| 24 | Photo of Respondent Receiving Personal Property at Buena Vista House | A | 03-28-2024 | |
| 25 | Dismissal of Island County District Court Criminal Case | | | |
| 26 | FBI Public Records Request Return | A | 03-28-2024 | |
| 27 | Dates of R.E.M.'s Locations Since June 2019 | A | 03-28-2024 | |
| 28 | Text Messages between Petitioner and Damon | | | |
| 29 | Photos of Buena Vista People | A | 03-28-2024 | |
| 30 | Photos of Buena Vista House | A | 03-28-2024 | |
| 31 | Passport of D.D.M. | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 200 | Temporary Restraining Order dated 12/28/2022, Island County Superior Court No. 22-3-00356-15 | A | 03-29-2024 | |
| 201 | Lease to Fany Morrison for 6045 McMaster Rd, Freeland, WA made 12/11/2022 through 12/11/2023 | A | 03-29-2024 | |
| 202 | Contempt Hearing on 1/23/2023, Island County Superior Court No. 22-3-00356-15 | A | 03-29-2024 | |
| 203 | Parenting Plan dated 1/23/2023, Island County Superior Court No. 22-3-00356-15 | A | 03-29-2024 | |
| 204 | Letter from Consulate of the United States in Tijuana office of FBI to Lic. Daniel de la Rosa Anaya, Attorney General of Justice in the State of Baja California Sur dated 2/1/2023 | A | 03-29-2024 | |
| 205 | Mexico's response to Ryan's petition asking for custody of R.E.M dated 3/13/2023 | A | 03-29-2024 | |
| 206 | Mexico's ruling, Exception of Incompetence by Declination According to Territory dated 1/25/2024 | A | 03-29-2024 | |
| 207 | Email from FBI Criminal Case filed by Fany Morrison reporting R.E.M as possible victim of a crime dated 3/12/2023 | | | |
| 208 | Email exchange with Noelle McClure at the Office of Children's Issues dated 1/20/2023 | A | 03-29-2024 | |
| 209 | Emails from Fany Morrison to the FBI dated 2/14/2023 | A | 03-29-2024 | |
| 210 | Petitioner text to Respondent saying R.E.M's safety was compromised as Respondent's ex-partner was talking about kidnapping R.E.M. dated 2/24/2023 | A | 03-29-2024 | |
| 211 | Copy of emails from Respondent to FBI dated 3/4/2023 | A | 03-29-2024 | |
| 212 | Text messages to Petitioner's family trying to find R.E.M., with signed witness statement of the Petitioner picking up R.E.M from South Whidbey Children's Center dated 1/3/2023 | A | 03-29-2024 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 213 | Copy of text messages to Petitioner's family dated 1/4/2023 | A | 03-29-2024 | |
| 214 | Timeline chart created by Respondent | A | 03-29-2024 | |
| 215 | D.D.M.'s South Whidbey enrollment From 2017 to current | | | |
| 216 | Respondent's permanent residence card, since July 06, 2017 | A | 03-29-2024 | |
| 217 | Everett Community College Certificate (6/14/2018) and DSHS Medical Interpreter Certificate (8/30/2018) | A | 03-29-2024 | |
| 218 | Tax Return Transcript from 2020 with address in 3905 Lone Lake Rd in Langley and 2021 with address in 849 Suzanne Ct in Langley | A | 03-29-2024 | |
| 219 | List of R.E.M's medical visits dating from prenatal care from 4/10/2019 to 10/25/2023; current immunization records from Pediatrics Associates of Whidbey Island | A | 03-29-2024 | |
| 220 | Emails from Chicago Title Company confirming the purchase of 3905 Lone Lake Road, Langley WA in 2017, with proof of purchase of property on Harbor Hills Road, Langley, WA | A | 03-29-2024 | |
| 221 | Email with midwife Miranda Hastings verifying medical care and services for Respondent's care leading to birth of R.E.M. dated 1/9/2019 | A | 03-29-2024 | |
| 222 | Email from Evie to Ryan Morrison dated 2/2/2019 | A | 03-29-2024 | |
| 223 | Email from Ryan showing flight tickets for 2/6/2019 from Tijuana Chiapas | A | 03-29-2024 | |
| 224 | Email exchange between Evie and Respondent dated 3/8/2019 | A | 03-29-2024 | |
| 225 | Email from Ryan to Randy Bonds dated 6/21/2019 | A | 03-29-2024 | |
| 226 | Email sent from Respondent to Randy Bond re: 911 Organic dated 5/6/2020 | A | 03-29-2024 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 227 | Email from Evie to Respondent dated 9/25/2019 | A | 03-29-2024 | |
| 228 | R.E.M daycare enrollment records at South Whidbey Children's Center, 9/14/2020-11/24/2021; 6/19/2022-current | | | |
| 229 | Evelyn Vanderlip's Sworn Declaration to Island County Superior Court dated 9/17/2021 | A | 03-29-2024 | |
| 230 | Email sent by the Petitioner to Evie dated 9/6/2021 | A | 03-29-2024 | |
| 231 | Email forwarded from Petitioner to Respondent re: Reality Homes dated 10/12/2021 re: lot and home building process | | | |
| 232 | Airbnb listing of investment property in Mexico with account payout receipts from 10/11/2022 to 11/25/2022 | | | |
| 233 | Screenshot from Airbnb Calendar showing first guest in April 2022 | | | |
| 234 | Airbnb payout receipts, November 2022 to December 2022 | | | |
| 235 | Work contract for 2022-2023 school year South Whidbey Children's Center with official letter from South Whidbey Children's Center of commitment to stay indefinitely | A | 03-29-2024 | |
| 236 | Letter to Petitioner from Respondent dated 11/12/2022 | A | 03-29-2024 | |
| 237 | WhatsApp transcript of Petitioner sending house listings to Respondent dated September 2022 to October 2022 | A | 03-29-2024 | |
| 238 | Text from Petitioner to Respondent's brother, Nelson Damian, dated 3/3/2023 re: the cartel is angry | A | 03-29-2024 | |
| 239 | Declaration of Second Service of Divorce in Mexico, Declaration of Service of Divorce papers, Island County Superior Court No. 22-3-00356-15 dated January 11 | | | |
| 240 | Email from David Goldman, GAL re: Morrison Case | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 241 | Order Denying Motion for Reconsideration, Island County Superior Court No. 22-3-00356-15 | A | 03-29-2024 | |
| 242 | Investigation for perjury against Petitioner | A | 03-29-2024 | |
| 243 | Sealed Confidential Update of the Guardian Ad Litem, Island County Superior Court No. 22-3-00356-15 | A | 03-29-2024 | |
| 244 | Text Messages Between Respondent and Damon | A | 03-29-2024 | |