1              UNITED STATES DISTRICT COURT

2         WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3   _____
                                    )
    In re the Application of:       ) CV23-01655-RAJ
4                                   )
    RYAN NEIL MORRISON,             ) SEATTLE, WASHINGTON
5                                   )
                    Petitioner,     ) March 29, 2024 -
6                                   ) 9:00 A.M.
    v.                              )
7                                   )
    FANY DAMIAN CHANG,              ) EVIDENTIARY HEARING -
8                                   ) Day 2 of 3
                    Respondent.     )
9
   _____

10
              VERBATIM REPORT OF PROCEEDINGS
11       BEFORE THE HONORABLE RICHARD A. JONES
               UNITED STATES DISTRICT JUDGE
12 _____

13

14   APPEARANCES:

15   For the Petitioner:      Robert Carl Bennett
                              Michael Bungi & Associates
16                            11300 Roosevelt Way N.E.
                              Suite 300
17                            Seattle, WA 98109

18

19   For the Respondent:      Fany Damian Chang Morrison
                              Self-Represented Litigant
20                            P.O. Box 702
                              Langley, WA 98260

21

22

23

24

25

1                         EXAMINATION INDEX

2

EXAMINATION OF                                          PAGE
3    FANY CHANG          DIRECT EXAMINATION              98
     MORRISON            BY MS. CHANG MORRISON
4                        CROSS-EXAMINATION               156
                         BY MR. BENNETT
5    CARRIE WHITNEY      DIRECT EXAMINATION              201
                         BY MS. CHANG MORRISON
6                        CROSS-EXAMINATION               207
                         BY MR. BENNETT
7    RYAN NEIL MORRISON  DIRECT EXAMINATION              209
                         BY MR. BENNETT
8                        CROSS-EXAMINATION               215
                         BY MS. CHANG MORRISON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                           EXHIBIT INDEX

 2
         EXHIBITS ADMITTED                              PAGE
 3
         16                                             194
 4       17                                             149
         21                                             146
 5       222                                            103
         200                                            128
 6       201                                            122
         202                                            133
 7       203                                            133
         204                                            134
 8       205                                            134
         206                                            134
 9       208 and 209                                    130
         210                                            131
10       211                                            136
         212                                            129
11       213                                            129
         214, 216, 217, and 218                         103
12       219                                            104
         220                                            104
13       221                                            104
         223 and 224                                    114
14       225                                            105
         226                                            108
15       227                                            106
         229                                            111
16       230                                            112
         235                                            117
17       236                                            123
         237                                            119
18       238                                            200
         241                                            143
19       242                                            136
         243 and 244                                    137
20

21

22

23

24

25
```

March 29, 2024 - 97

 1          THE COURT:  Good morning.  Please be seated.

 2          THE CLERK:  We are resuming our evidentiary hearing in

 3   the matter of Morrison versus Chang, Cause No. C23-1655, assigned

 4   to this court.

 5          THE COURT:  Good morning.

 6      At the end of yesterday's proceedings, the petitioner rested

 7   his case.  Now it's the opportunity for Ms. Chang to present her

 8   evidence.

 9      Ms. Chang, do you wish to testify or call your first witness?

10          MS. CHANG MORRISON:  I would like to testify, please.

11          THE COURT:  All right.  Please step forward.

12          MS. CHANG MORRISON:  Can I take my exhibits?

13          THE CLERK:  Uh-huh.  Sure.  There are exhibits up there,

14   but you are welcome to take your own, yes.

15      Okay.  Please raise your right hand.

16                          FANY MORRISON,

17       having been sworn under oath, testified as follows:

18          THE CLERK:  Okay.  Please have a seat.

19      Your Honor, would you like the interpreter in the witness box

20   or just sit right there?

21          THE COURT:  He can pull the chair in as close as he can.

22          THE CLERK:  Okay.

23      If you could please state your first and last names and spell

24   your last name for the record.

25          MS. CHANG MORRISON:  My name is Fany Morrison.  My last

1   name is M-o-r-r-i-s-o-n.

2           THE COURT:  Please proceed, yes.

3                   DIRECT EXAMINATION

4           BY MS. CHANG MORRISON:  I would like to start

5   introducing myself.  My name is Fany Morrison.  I have two kids.

6   The oldest is 14.  R.E.M. is going to be five soon.  They have a

7   really good relationship.

8       I work as a teacher where E          attends that school.  I

9   have been living in Langley -- well, in South Whidbey, Langley,

10  since 2017.  Currently, I'm living in a community with tiny homes

11  and there's other families.  Everything is within walking

12  distance, my job.  In front of my house is the library, the

13  community center, Pamoja, which is a BIPOC center.

14          THE COURT REPORTER:  I'm sorry.  Could you say that

15  again?

16          MS. CHANG MORRISON:  Pamoja.  Sorry.  It's just BIPOC

17  community.

18      I practice at least once a week Ultimate Frisbee, and I have

19  been in counseling at least once a week for the last two years.

20      I think that we are a family that just enjoys normal things

21  like watching a movie, eating ice cream and popcorn.

22      I want say that today I'm here not only by myself, I have a

23  great community that have been -- that has been supportive

24  through all this process.  I still have a job, and I'm so

25  grateful for that, even though that I have been having to take a

1    lot of time off.  I stepped back from being the lead teacher, and

2    I'm a teacher now, which I appreciate that.  I have friends here,

3    and I wouldn't be here without them today.  My attorneys keep

4    working with me, even without full payment.  So that's huge for

5    me.

6         Before I go through all the legal evidence that I have, I

7    want to explain one of my exhibits, that is Exhibit 214, and I

8    think this is the big portion that I would like to give details

9    on why they -- like why E███████ has been in Mexico and in the

10   U.S.

11        So if we go to Exhibit 214, I made that chart by myself, with

12   information that I had.  We can see that since E███████ was born

13   until December 2022, he spent 27 months in the U.S. and 16 months

14   in Mexico.

15        I'm going to go and explain my life, my stay here.  I met

16   Ryan in 2015.  Before we got married, Ryan asked me if I wanted

17   to come to the U.S. and live in his hometown because he grew up

18   here and his family is here and he said that it was a very good

19   place to raise a family.  I said yes, we could marry.

20        We applied for the green card, and we moved to the U.S. in

21   July 2017.  And my green -- my green card is in the exhibits.  It

22   is Exhibit 216.  First we moved and we stay at Candace's home,

23   but just a few more -- a few, like one, two, three, four,

24   five months after, we bought our first house in Lone Lake Road in

25   Langley.  Sorry.  That was our first fixer-upper home.  It wasn't

1  in good conditions to live, so we rented a house.  My brother

2  came and he help us with the remodeling.

3       Months passed, we are still in the U.S., and in September

4  2018, I got pregnant.  Before the baby was born, I was talking to

5  my parents.  My parents visit the Los Barriles area.  They really

6  wanted to move there.  They wanted to be closer to Seattle, and

7  there's direct flights from Los Cabos to Seattle.  They knew that

8  the baby was coming, and they really wanted to be closer, and

9  they fall in love with this area.  I had never been there before.

10      We were talking about this, and I was pregnant, so Ryan and

11  me made a decision to go and visit my parents.  My parents needed

12  to sell their house before they can purchase something.  So it

13  was a really good visit.  I was pregnant.  I really wanted to see

14  them.

15      And just before coming back to Whidbey, Ryan say that we have

16  friends, her name is Evie, Evi -- Evi, I don't know -- Evi,

17  E-v-i -- and we stay at her house, I will say no more than five

18  days.  During that time, she knew that my parents were -- they

19  were -- they wanted to buy a house.  And I want to show you --

20  there's one exhibit.  I'm sorry that I have to go through these.

21  I will mention it later, but in that e-mail, she states, "I'm

22  sure that your in-laws can find a place in Los Barriles,

23  something that is affordable."

24      I was in shock that we went to see a house that it was

25  falling apart.  There was a family living there, but there was no

1   hot water, their plumbing wasn't good, they had a bucket under

2   the kitchen sink, glasses in the windows were broken, and Ryan

3   bought the house immediately, within three to five days.

4       I remember being with him and squeezing his hand when he was

5   talking, and he got mad at me because he say that I shouldn't be

6   talking, that I didn't -- if I wouldn't talk, he would have got a

7   better deal on the house.  He state -- I was like, "Why did you

8   buy it?  What is this for?"  And he's like "It's like finding

9   money on the street and not taking that money."

10      In my mind, I didn't know what to think, but I thought, well,

11  maybe he bought the house, and when my parents have the money, my

12  parents can purchase that house.  We didn't have plans for the

13  house.  It was something that happened all of a sudden.

14      Sorry that I have to go back.  But when we move, I also went

15  to Everett Community College.  I'm talking that I have my

16  certificates.  That's in Exhibit 217.  We have been filing taxes,

17  and that's Exhibit 218.  And Ryan has been saying that he doesn't

18  live here, that he lives in Mexico -- that's what he's been

19  saying -- on Island County.  And the judge said, "Okay, sir.

20  When you came, you show all your ID, with your driver's license,

21  and this is your mom's address, and also your tax returns showed

22  the address at your mom's house."

23      So those are the exhibits here.

24              THE COURT:  Now, one thing I should clarify is when you

25  talk about an exhibit, for it to be considered by the court, it

1  has to be offered.  If you recall the process that was used

2  yesterday, if counsel asked his client a question about an

3  exhibit, once he testified about it, he would say, "I would like

4  to offer the exhibit."  When you say you would like to offer the

5  exhibit, that means you want it to be admitted as evidence.  And

6  so it's just a process that we use in court.

7      Do you wish to consult with the interpreter?

8          MS. CHANG MORRISON:  I'm sorry.  I'm just asking a piece

9  of paper so I can write that, how I have to say --

10          THE COURT:  No.  For example, when you refer to

11  Exhibit 218, which is taxes, if you want that to be part of the

12  evidence, you'd just say, "Your Honor, I would like to offer

13  Exhibit 217 {sic}."  Then I will ask counsel if he has any

14  objection.  If he doesn't have any objection, it's admitted, and

15  I can consider it.

16          MS. CHANG MORRISON:  Thank you.

17          THE COURT:  So at this point, you have Exhibits 214,

18  216, 217, and 218.  Are you offering those exhibits?

19          MS. CHANG MORRISON:  Please, Your Honor.  May I?

20          THE COURT:  Okay.  Is there any objection to the

21  admission of those exhibits?  214 is the timetable, 216 is a

22  green card, and 217 and 218 are the taxes.  Any objection?

23          MR. BENNETT:  Only to 214, Your Honor.

24          THE COURT:  And basis?

25          MR. BENNETT:  I don't mind admitting it as illustrative,

1    but not for the truth of the matter asserted therein.

2         THE COURT:  All right.  Your objection is noted.  It's

3    overruled.

4       214, 216, 217, and 218 are admitted.

5         (Exhibit Nos. 214, 216, 217, and 218 admitted.)

6         MS. CHANG MORRISON:  Your Honor, I would like to offer

7    Exhibit 2022 {sic}, where my friend sends an e-mail saying that

8    your in-laws may find an affordable property in Los Barriles.

9    That's an e-mail from February 6 on 2019.

10        THE COURT:  Which exhibit are you referring to?  You

11   said 20 --

12        MS. CHANG MORRISON:  222.

13        THE COURT:  222?  Okay.  Thank you.

14              (Exhibit No. 222 admitted.)

15        THE COURT:  Please continue.

16        MS. CHANG MORRISON:  I'm sorry.  It's hard to say where

17   I was.  Okay.

18      Okay.  Yeah.  I'm sorry.  Yeah.  Okay.

19      Also, I want to show Exhibit -- Your Honor, I would like to

20   offer Exhibit 219.  That's E███████'s records for his pediatrician

21   since prenatal consultation, May 10, 2019, up to 10/25/2023.  Of

22   course, it's not updated, but you can see all the years that he's

23   been having appointments with his pediatrician on Whidbey Island.

24        THE COURT:  Any objection, counsel?

25        MR. BENNETT:  No objection, Your Honor.

 1            THE COURT:  219 is admitted.

 2                  (Exhibit No. 219 admitted.)

 3            MS. CHANG MORRISON:  And also I would like to offer

 4    Exhibit 220, and this is that we purchased a house, our first

 5    house, on December 2017.

 6            THE COURT:  Any objection to the admission?

 7            MR. BENNETT:  No objection, Your Honor.

 8            THE COURT:  That was 220.  220 is admitted.

 9                  (Exhibit No. 220 admitted.)

10            MS. CHANG MORRISON:  I would like to offer Exhibit 221.

11    That's my midwife saying that I have been having medical care

12    here for my prenatal care.

13            THE COURT:  Any objection to 221?

14            MR. BENNETT:  No objection, Your Honor.

15            THE COURT:  221 is admitted.

16                  (Exhibit No. 221 admitted.)

17            MS. CHANG MORRISON:  Okay.  So where we are here in --

18    sorry, I have to go back.

19        We are in June 2019, according to my Exhibit 214.  E██████ is

20    born.  My mom and my dad come to Whidbey Island to visit.  They

21    really wanted to help us with the baby, and I had some

22    complications after the baby was born.  My dad had to go back to

23    his job and my mom stayed longer with us, but she at some point

24    had to go back to Mexico in August.

25        When I was really weak and I was having -- I wasn't strong

1  enough, Ryan say that he couldn't take care of me and the baby

2  and be in charge of the family, so he thought that it was best to

3  go to my mom's house in Chiapas so she can help us through this

4  transition, and we did.  We went to visit my parents for that.

5  We left our belongings at Candace's house.  The plan was just go

6  there, I was going to get better, like stronger, and come back.

7      I was feeling better -- sorry, Your Honor.  May I -- I would

8  like to offer Exhibit 225, where Ryan sends an e-mail to my boss

9  at the time saying:  Fany had some complications and she had to

10 return to the ER.  That's Exhibit 225.

11             THE COURT:  Any objections to 225?

12             MR. BENNETT:  No objection, Your Honor.

13             THE COURT:  225 is admitted.

14                  (Exhibit No. 225 admitted.)

15             MS. CHANG MORRISON:  Then once that I'm feeling better,

16 Ryan was sending money to some workers in Mexico to work in the

17 house in Buena Vista, but he was not seeing any progress at all.

18 So before coming back to Whidbey, he say that we should stop by

19 and see how the house -- the remodeling of that house was going.

20 I agreed to do that.

21     And I would like to offer Exhibit 227.

22     We stay at our friends' house again because that house in

23 Mexico wasn't ready to live.

24             THE COURT:  And where were you staying with the friends,

25 which city and what country?

 1              MS. CHANG MORRISON:  It is in -- it's called Spa Buena

 2     Vista.  It's in Mexico.

 3              THE COURT:  Can you spell that, please?

 4              MS. CHANG MORRISON:  Yes, S-p-a, and Buena Vista is

 5     B-u-n-a {sic}, and V-i-s-t-a.

 6              THE COURT:  Okay.

 7              MS. CHANG MORRISON:  So that's Exhibit 227.

 8              THE COURT:  Just one second.

 9              MS. CHANG MORRISON:  Yeah.

10              THE COURT:  Are you offering 227?

11              MS. CHANG MORRISON:  Please.

12              THE COURT:  Any objection to 227?

13              MR. BENNETT:  No objection, Your Honor.

14              THE COURT:  227 is admitted.

15                      (Exhibit No. 227 admitted.)

16              THE COURT:  Please continue.

17              MS. CHANG MORRISON:  Okay.  I'm going back to my

18     Exhibit 214.

19        So we stayed there while the house is getting remodeled and

20     Ryan was able to see some progress.  We eventually moved to that

21     house.  They were still working in the house, but we decided just

22     to give our house -- our friends' house back to them, like we

23     didn't need it anymore.

24        And COVID was happening in the U.S., but Los Barriles and

25     Buena Vista, that area, was free of COVID, so we thought about

1  this.  We talk about what would be the best for the family at

2  that time.  We didn't -- there was a lot of uncertainty in the

3  world.  Nobody knew what was COVID about.  So we thought it was

4  safe to stay in Buena Vista.  I didn't like the hot, and that's

5  why I'm offering Exhibit 226, that I'm saying that it's getting

6  hot, miserable hot, nobody knows what is happening, things can

7  change from one day to another.  That's the e-mail that I sent to

8  my former boss.

9       During that time, we were volunteering delivering food to

10  people, and then we were just like everybody else, I guess, like

11  just trying to see what is going to happen next.

12       When COVID hits the Los Barriles area, Ryan was very

13  concerned about our safety, and I also was very concerned, to be

14  honest.  I didn't know what would happen.  We didn't know if we

15  were going to have enough food, enough medications to treat the

16  COVID, that it was still -- like I don't think that at that time

17  there were vaccines for that.  I don't remember.  But we thought

18  it was safe for us or it was a better option to go back at that

19  time and stay in our house in Whidbey Island.  It was the best

20  for the family.

21            THE CLERK:  Has she offered 226?

22            THE COURT:  Are you offering 226?

23            MS. CHANG MORRISON:  Yes, please.

24            THE COURT:  Any objection?

25            MR. BENNETT:  No objection, Your Honor.

1          THE COURT:  226 is admitted.

2               (Exhibit No. 226 admitted.)

3          MS. CHANG MORRISON:  Okay.  We are back on Whidbey

4     Island in our house on Lone Lake Road, 3905 Lone Lake Road in

5     Langley.  That was July 2020.

6          A month after Ryan buys another lot in Freeland, he didn't

7     want to live in this house, that it was too small.  He thought

8     that -- COVID was a big deal for Ryan.  He had a lot of pressure,

9     and he was having a hard time just changing and accommodating his

10    needs with what was happening.

11         He enrolled D███ to a school, a private school, so he was

12    able not to be in the house; he didn't want to spend time with

13    him.  And he also enrolled -- well, we did enroll our son to

14    start with the Children's Center.  So that was the first time

15    that E███ goes to that school.  That is the first time that he

16    goes to any school.  He has never been in any school before.

17         I just remembered something that I would like to say that I

18    think it may be important.  When -- in 2017, when we bought the

19    house in Lone Lake -- oh, well, that's coming up.

20         So now we own the house in Langley, we have the lot in

21    Freeland, Ryan wants to build a bigger house, and he's saying

22    that he's going to have an office for him and it's going to be

23    great and it was going to be the perfect -- the dream house for a

24    family.

25         In October of 2020, we sold our house in Langley in order to

1  have money to build this house.  We sold the house to our

2  friends, Evi and George, and they became our landlords, meaning

3  that they rented the house to us for only a thousand dollars.

4  They knew we wanted to build a house, so it was mostly like a

5  favor.

6      When we sold the house, Ryan said, "Come, you have to sign

7  some papers.  We're selling the house."  And I have never

8  questioned anything.  I think that I have been trying to

9  accommodate his needs and putting his needs first.

10      So he took me to this place I didn't know, and I was sitting

11  in front of two people, and they said, "You know that you are

12  signing this document saying that you have no interest

13  financially in the house."  I understood with my English, I

14  understand, but it was shocking.  I just signed the documents.  I

15  didn't say anything.  I went back into the car and I started

16  crying.  I said, "Why didn't you explain me before?  I was going

17  to sign it anyways."  I would sign those documents; it's just the

18  way he did it, I felt so bad.  He said, "Well, you know, you

19  don't know anything about financials.  I'm from here.  I

20  understand better."

21      And also the house in Mexico, he did the same thing.  He said

22  it was better, like financially, put it in my name, because I'm

23  Mexican, so we don't pay a lot of taxes, and we can have a real

24  title of the house.  So he put it only on his name.  It's called

25  fideicomiso.  I don't know how to translate that.  It's like they

 1    don't give you a title.

 2          THE INTERPRETER:  A trust.

 3          MS. CHANG MORRISON:  A trust.  Thank you.

 4       So it's in a trust in Mexico.  My name is not in that trust,

 5    like my name is not in the Freeland lot.  Nothing.

 6       I felt bad, but I didn't mind.  I was -- I believe him.  I

 7    trust him.  I just wanted to be with him.  And for me, the most

 8    important has always been to have a family.

 9       When I met Ryan, and I think it was the third date, I told

10    him that I had a son, and I was just like, okay, maybe he's just

11    turning around and he's going to go away.  But instead of doing

12    that, he gave me a kiss on my forehead, and that's when I --

13    that's when I made the decision to be with him forever.

14       Sorry.

15       Thank you.  Sorry about that.

16       Okay.  So we are living in this house.  Evi was -- I didn't

17    have a -- I have never been sharing what is happening in my

18    marriage with anyone but Candace, and I was sharing a little bit

19    of what was happening with Evi.  It was very unfortunate.

20       I'm sorry.  I would like to offer the exhibit -- I guess I

21    missed one.  228, 22 -- yeah, 229, Your Honor.

22          THE COURT:  229?

23          MS. CHANG MORRISON:  Yes, please.

24          THE COURT:  Any objection?

25          MR. BENNETT:  That's hearsay, Your Honor.

1      THE COURT:  The court has been liberal, counsel, in

2   terms of the admission of quite a bit of hearsay during the

3   course of your client's testimony, so I will extend the same

4   liberties to consideration of the evidence and take into

5   consideration that some of the testimony you offered was hearsay

6   and the same, so the court can get the benefit of the evidence

7   that's presented.  So the objection is noted, it's overruled, and

8   the 229 is admitted.

9                  (Exhibit No. 229 admitted.)

10      MS. CHANG MORRISON:  At that time, Ryan thought that Evi

11   was harassing us, because she went into the house, she knocked on

12   the door, she came inside to the kitchen and put some pasta.

13   It's a pasta that I like.

14      Ryan got really upset and decided to sue our friends.  That

15   was September 2021.  I was so sad and I didn't know what to do,

16   but, of course, I was going to support him.  And I remember being

17   outside of the court and Ryan said, "Fany, this is the moment

18   that you support me and that you show that we are a family.  You

19   have to support me because the things that she's saying are going

20   to be so damaging for me."  And, basically, what she was saying

21   is that Ryan is abusive, intimidating, and that she was just

22   opening my eyes to stand up for my kids and for myself.

23      That day, they asked me at court if I was in support of Ryan,

24   and I say "Yes."  The judge said, "You doesn't {sic} seem very

25   convinced," and I said "Yes" again.  And I -- and I chose Ryan

 1    instead of my friend.

 2        There's Exhibit 230, when Ryan is texting my friend saying,

 3    "We do not intend to move out any time soon."  That's

 4    September 2021.

 5        May I offer Exhibit 230?

 6            THE COURT:  Any objection?

 7            MR. BENNETT:  No objection, Your Honor.

 8            THE COURT:  That was 230.  That's admitted.

 9                    (Exhibit No. 230 admitted.)

10            MS. CHANG MORRISON:  So, of course, they wanted us out

11    of the house again.  We have to go.  I already had a job.  The

12    kids were in schools.  Ryan said, "We're just going to go.  I

13    cannot live in the same town.  That Evi destroyed my life."

14    Well, he's saying "destroyed our lives."  So he start blaming her

15    for everything.

16        I didn't want to leave, but he said, "We're going to come

17    back, we still have the lot, and we have money, and we're going

18    to come back and build the house.  I just need some time."  And I

19    said, "Okay."  He said, "Let's go to Mexico.  We can finish

20    remodeling the house.  We can set it up as an Airbnb or get it

21    ready to sell the house because maybe we will go to Costa Rica

22    or" -- he didn't have a set plan.  So it was only like we are

23    going to come back and see what happens.

24        So we left all our belongings at Candace's house.  Again, not

25    everything.  We sold the big furniture, we gave away some toys,

 1  but household items we left there, and I still have those

 2  household items in my tiny home.

 3      Yes, we sent a lot of big packages, like in the exhibit that

 4  they showed us before, yesterday.  That was things for my

 5  parents.  There was some belongings.  I remember that Ryan really

 6  wanted to have a bat.  But there were other things for the

 7  Airbnb, like things like you can't find in Mexico.  It's hard to

 8  find those things or the quality of the things.  It was mostly

 9  beddings, like things -- sheets.

10      So those are the things that were in the picture.  I don't

11  know if I should refer to the exhibits that he showed.

12          THE COURT:  You've got to speak a little bit louder.  I

13  couldn't hear that last part.

14          MS. CHANG MORRISON:  Do I have to refer to the exhibits

15  that they showed yesterday?

16          THE COURT:  Yes, by exhibit number.

17          MS. CHANG MORRISON:  Okay.  Thank you.

18      So their Exhibit No. 24, that's what's in those boxes.

19      As I said before, our household items that were more precious

20  for us, or for me, we left that at Candace's house and I still

21  have those.  We left some clothes for E_____, for the whole

22  family.  Like I usually go thrift shopping and I buy bigger sizes

23  when they grow up.  So all of that we left in Candace's home in

24  one of the bedrooms upstairs.  It was full of our things.

25          Now, Your Honor, I would like to offer Exhibit 223 and 224.

1           THE COURT:  Any objection to 223 and 224?

2           MR. BENNETT:  No objection, Your Honor.

3           THE COURT:  They're both admitted.

4               (Exhibit Nos. 223 and 224 admitted.)

5           MS. CHANG MORRISON:  So those are screenshots and

6    information about our Airbnb house in Mexico.

7         So we start renting the house in April 2022 to December 2022,

8    when Ryan asked me to close the calendar on the Airbnb and cancel

9    the reservations that we had already confirmed for the winter --

10   December, January, February, and March.  So I had to cancel

11   those.

12        It was a good business.  There were months that we were

13   making $4,000.  I mean, it was a great thing for us, because Ryan

14   owns his company and he receives a check, one check, at the end

15   of the year.  He doesn't work.  He receives this as a payment.

16   So we really needed something extra.

17        And I have been asking Ryan to get a job or have a hobby.

18   But I couldn't talk about asking him to have a job or go to

19   counseling.  Those were things, two big things, that I wasn't

20   allowed to talk.

21        With having a new baby and a growing family, I don't know, I

22   think that you would want to just keep working to support the

23   family.

24        My family, from -- that December, they came, and we have --

25   we spend New Year's together.  There's an exhibit -- well, I

1  can't find it right now, but it's in one of Ryan's exhibit with a

2  picture of everybody in the family.  My family, the only ones

3  that live in Baha is my mom and my dad; the rest of the family

4  lives in Mexico City, in the peninsula, in Yucatán Peninsula.

5  That is in the other -- south end of Mexico.  And my family who

6  came from Neitherlands {phonetic} --

7          THE COURT REPORTER:  Netherlands?

8          MS. CHANG MORRISON:  Netherlands.

9      Yeah, we had a good time.  It was really good to see them

10  all.

11      I was -- that summer, that stay in Mexico, it was getting

12  really chaotic.  I really didn't understand what was happening

13  with Ryan, I was really concerned.  I reach out to his family

14  saying he may have something.

15          THE COURT:  What time period are we speaking about

16  today?

17          MS. CHANG MORRISON:  Excuse me?

18          THE COURT:  What time period are you speaking about?

19          MS. CHANG MORRISON:  I'm talking about -- in my Exhibit

20  214, I'm talking about 2022, January to May.

21      He was acting unusual.  I was with my family talking, and he

22  will come, like, tiptoe and sneak in and listen while we were

23  talking.  He was getting like very -- like, if we were laughing,

24  he will come and jump and "Why are you laughing?"  Like he didn't

25  seem happy.  We were not happy.  I was happy with my family to

1   see them and I was trying to make him always happy.  And he

2   always wanted to have massages.  And he said, "It's too hot.  I

3   need time."  Everything was around him.

4        He wanted to come back to the U.S.  I thought that we were

5   coming back to the island because we have the lot and that was

6   the plan, to keep building a house, the dream house, but he said

7   that he wanted to check other places with better schools and more

8   affordable.  So we were talking about moving back to his home,

9   but he had another plan, visiting these other places that we'd

10  never been.  I'd never been there.  I knew that that place was

11  not going to happen, and I said, "Ryan, why don't you go by

12  yourself?  You visit these places.  If you find a place, we will

13  be there with you.  I don't need to know the place.  If you are

14  happy, we're going to be fine."  He insisted and say, "No.  You

15  have to come because you're going to be living there, and the

16  kids also, and I want this as a family."  And I said, "I'm going

17  to go with you, but you need to go to counseling."

18       He has never been happy with counseling.  He didn't believe

19  in counseling at the time, but he agreed to have one

20  consultation.  I was already in counseling.  In this time, I

21  already started counseling, and I was seeing things that I

22  couldn't see before, mostly that I had so low self-esteem, and I

23  was the only one in this marriage trying to keep it together.  As

24  I said, having a family for me, that's been my dream, what I

25  always wanted.

 1      So we come back.  Ryan didn't want to come back.  I don't

 2   know why.  He's like "No, no."  He change -- he was changing his

 3   mind from one day to another.  He will say something and do

 4   something different and then change his mind again.

 5      So we came back to Whidbey Island.  We stayed at his mom's.

 6   Our belongings were there.  The kids were happy.  Again, we

 7   were -- we know this community.  It's our home.  It's our place.

 8   So E███████ could enroll again.  We both went and enrolled E████

 9   to school.  I got my job back, which is amazing.  I'm happy where

10   I am.

11      I would like to offer Exhibit 235, please.

12           THE COURT:  Any objection?

13           MR. BENNETT:  I didn't catch the number of the exhibit,

14   Your Honor.

15           MS. CHANG MORRISON:  235.

16           THE COURT:  235.

17           MR. BENNETT:  235, okay.

18           THE COURT:  Any objection, counsel?

19           MR. BENNETT:  No objection, Your Honor.

20           THE COURT:  235 is admitted.

21                (Exhibit No. 235 admitted.)

22           MS. CHANG MORRISON:  Yes.  There's a text message to

23   Amber, Exhibit 20, that was June 17.

24      We came back to Candace's home.  I don't remember the exact

25   date, but I think it was June 14th.  It was the day after

1   E███████'s birthday -- I'm sorry, E.R.M.'s {sic} birthday.  So,

2   yes, it was just three days after we were in the house.  I did

3   say, "I think we will stay here for some weeks."  Ryan wanted to

4   buy houses in Idaho, because we were driving, and he wanted to go

5   to Boise and other places.  So I really didn't -- like we were

6   always changing.  We were back on the island, that was the plan,

7   but he always have plans, different plans as a backup, I guess.

8   I ...

9       Okay.  And during this time, Ryan at least made two official

10  offers to houses.  One was this house in Coupeville, when we

11  met -- we met with Mr. John Forbes.  This house was in the main

12  street in Coupeville.  It was a fixer-upper.  It had great views.

13  And Ryan made a letter to the owners.  I didn't see the letter.

14  Ryan was telling me all this and saying, "We are a nice family,

15  we really want to live here, I have two sons," just trying to

16  convince them to sell the house to us.  That didn't work out.

17  Ryan made another offer to one lot in Greenbank.  It was not

18  accepted.

19      Ryan used to go to see different houses, even at night,

20  because he wants to see how they -- if there's something weird

21  happening in the neighbor, how is the feel, and if it's not too

22  loud.  There has to be a lot of expectations to meet before we

23  can find the perfect place for him.

24              THE COURT:  Just for clarification, what state is

25  Greenbank?

1           MS. CHANG MORRISON:  Greenbank, it's South Whidbey

2    Island in Washington.

3           THE COURT:  Thank you.

4           MS. CHANG MORRISON:  During that time, Ryan also bought

5    a ticket to go to Costa Rica by himself, because he wanted to go

6    there with the family, and I said, "Ryan, you can go.  I'm not

7    going to go with you, but I think that you should cancel that

8    flight."  I was really concerned for his safety.  I don't

9    think -- I was worried that something was going to happen to him,

10   to be honest, traveling by himself and the way that he was

11   acting.  That summer, he also say that he wanted to kill himself.

12   No.  He state, "I want to die."  Sorry.

13       And I would like to offer Exhibit -- I would like -- Your

14   Honor, I would like to offer Exhibit 237.

15          THE COURT:  Any objection to 237?

16          MR. BENNETT:  No objection, Your Honor.

17          THE COURT:  237 is admitted.

18                 (Exhibit No. 237 admitted.)

19          MS. CHANG MORRISON:  So he -- you can see that he's

20   sending houses in Texas, in Oak Harbor, in Clinton, Washington,

21   Clinton Washington, in Texas, and the last one, I don't know what

22   it is, Idaho, and it say, "Escuela, eight and ten," meaning the

23   schools are eight and ten.  So he was looking at places where the

24   kids can attend school and it was a good school.

25          THE COURT:  I didn't understand.  You said he was

 1    "sending houses."  I don't know what you mean by "sending

 2    houses."

 3         MS. CHANG MORRISON:  Oh, sorry.  Like he was sending me

 4    links to houses that were on Redfin or that were for sale.

 5         THE COURT:  All right.

 6         MS. CHANG MORRISON:  Sorry.  Thank you.

 7    May I have a glass of water, please?

 8         THE COURT:  Certainly.

 9    We have been going for about an hour, so if the parties would

10    like to stand and stretch, including the participants in the

11    audience, feel free to do so.  We're not going to go anywhere.

12    You can just stand and stretch.

13    You may stand and stretch as well.

14                        (Stretch break.)

15         THE COURT:  All right.  Please be seated.

16    Please continue.

17         MS. CHANG MORRISON:  Okay.  So -- okay.  Now, I'm in

18    November 2022.

19    At the beginning of November, I told Ryan that I met with an

20    attorney to talk about the divorce, and three, four, five days

21    after, he left the house without notice, without saying good-bye,

22    without leaving any money.

23    I woke up.  His car wasn't there.  I called him.  I think he

24    didn't answer.  Then he called me back saying, "I'm on the

25    way" -- "I'm at the airport, on the way to Mexico.  I didn't want

1    to have this conversation with you."

2        I went to the kitchen.  Candace was there.  I told her that

3    Ryan left.  We were talking about bad decisions that he was

4    making, but I also thought, okay, maybe he just needs this time,

5    he will put himself together, he will come back.  I couldn't

6    believe it.  I couldn't believe it, that he left without telling

7    me.  I've been supportive of everything.  It was okay for me to

8    go -- if he wanted to go to Mexico, to take some time, I was okay

9    with that.  I just didn't like the way that he was treating me,

10   like just leaving without notice.  That's not okay.

11       I remember opening sprinkling {sic} cider and drinking with

12   Candace while we were talking about this, and she said, "I am so

13   sorry, Fany.  I am so sorry.  I guess that you have to do

14   whatever you have to do.  I am so sorry."

15       During this time, during this month, the kids, me -- myself,

16   and Candace got sick with RSV.  I called Ryan's sister, who is

17   here present, Amber.  I was worried because we were all sick and

18   Candace was sick.  And for me, that was a very bad time.  And she

19   said to me, "Well, you are living in a multigenerational home.  I

20   worry about my mom.  You work in a school.  E█████ goes to that

21   school.  D█████ is in a school.  I'm worried that you are going

22   to bring COVID or something to my mom."  And I said, "Yes, I am

23   sorry.  I am here at your mom's house not because I want it; Ryan

24   didn't want to rent a house for us and he's not even here with

25   us.  So do not worry.  I'm going to find a place.  I don't want

1   to be at your mom's house and Ryan is not even here."

2       I think that I have a great -- a great -- something/someone

3   is taking care of us.  I found a house, a five-acre home with

4   ocean views, with horses, and we move in.  Like it's so hard to

5   find places on the island.  They are super expensive.  But this

6   family wanted to do it for us.  So I had a lease for one year.

7   And that is on my Exhibit 201.

8       I only had pictures of the house, because the other tenant

9   was living there, and she was leaving the house, I think, the end

10  of November -- December 11th.  So that's when I move.

11      I told Candace.  Candace went to see the house, and she said,

12  "Fany, this is the most beautiful place.  This is the part of the

13  island that I like the most.  You have ocean views."  And I don't

14  know what kind of mountain views, but you can see the mountains.

15          THE COURT:  Are you offering 201?

16          MS. CHANG MORRISON:  Yes, please.

17          THE COURT:  Any objection to 201?

18          MR. BENNETT:  No objection, Your Honor.

19          THE COURT:  Please continue.

20              (Exhibit No. 201 admitted.)

21          MS. CHANG MORRISON:  Of course, things with Ryan were

22  not okay.  I asked Ryan, "My job is asking for TB vaccine, like

23  certificate."  I went to the house, I couldn't find it, and I

24  couldn't find any document, any passport, any green cards, birth

25  certificates, school certificates, any document.  We keep all the

1    documents in a black box.  And Ryan is saying that I am not well

2    organized, and he has always had that with him.  I mean, I could

3    have access to that.  It's not like it was only for him.  But

4    he's the only one that keeps that in his office and in his

5    bedroom or -- I don't know.  So I didn't have any document, any

6    for any of the family.

7        We are in this house.  I left a letter for Ryan.  I would

8    like to offer Exhibit -- I'm sorry.  I can't find it, but I will

9    explain it to you.  I left a letter for him --

10           THE CLERK:  Is it 236?

11           MS. CHANG MORRISON:  236?

12       Yes.  Thank you.  I would like to offer Exhibit 236.

13           THE COURT:  Any objection?

14           MR. BENNETT:  No objection, Your Honor.

15           THE COURT:  It's admitted.

16                (Exhibit No. 236 admitted.)

17           MS. CHANG MORRISON:  So this is dated November the 12th.

18   Well, I wanted to say December 12th, but that's the date that it

19   has.  It has to match with my -- with my -- yeah, it has to be

20   December 11 instead of November 11.  I just noticed that.

21       That's when I moved and Ryan was coming that night.  He

22   called me at midnight when he came and he found the letter.  He

23   said he was very upset, saying the things that I'm saying in this

24   letter are not right and not correct, and I'm making -- that he

25   was really upset.  I say -- he wanted to come to my house, and I

1  said, "It's midnight.  You can see E███ tomorrow morning at

2  school."  And that's what happened.  He saw him there.

3       And then Ryan, in the following days, went to our house.  He

4  was impressed and said, "Fany, I don't know how you found this

5  place.  If I only knew about this kind of place.  We could have

6  rented a place and live here."  During this time, he came with

7  his belongings in the car and said, "I can live here.  I can do

8  it here.  I have my things in my car."  And I said, "It's not

9  that easy, Ryan.  Like I want to be with you, but it's not that

10 it's going to happen just because you have your things."  He also

11 tried to have intimacy with me.  I didn't want it.  All of this

12 was really painful.

13      And the letter, I think it's important because I wrote this

14 letter a year ago or -- well, more, but it's still the same.

15 Like the things that -- I'm scared.  I don't know.  I have to

16 choose my words.  I didn't want to do things because he's going

17 to react, how he thinks.  I can't have a conversation with him.

18 I told him I have been -- the only thing that I didn't accept was

19 to take E███ to Mexico.

20      And in his Exhibit No. 5, I remember how that happened.  Ryan

21 was in the studio above Candace's garage, where he was living, I

22 was in the kitchen with Candace, and D███ was having dinner at

23 the table.  He came with his phone and he's saying, "Fany, I have

24 a ticket for E███.  You have to agree.  I have the airline.

25 You have to agree now."  I said, "No, Ryan.  No."  And he got

1   mad, he closed the door in the laundry, and he was very

2   aggressive, and he said, "You have to.  I have already paid.

3   They just need your authorization."  I say, "No."  He was really

4   aggressive.  He hold my hands.  Candace was leaving that night

5   and I say, "Please don't leave.  Please stay in the house."  I

6   remember.  That's what happened.  And I remember that flight.

7   And it's written here in my letter somewhere.

8        He's been saying that I'm bipolar.  He sent an e-mail to

9   friends saying that I'm bipolar and I'm not taking my medication.

10  So I have been taking medications that I don't think that I

11  needed.  And he said, "Every time that you don't take your

12  medication, we have problems.  All these problems are because of

13  you."

14       I have been saying, "Okay.  I'm sorry.  I did it."  I have

15  been accepting guilt that I didn't deserve just to make him

16  happy.  When we were in the house, he was leaving, and the only

17  way that he will return is for me to accept everything.  I have

18  been saying "Yes," I have been doing that, I have been doing the

19  other.

20       There was one time that he asked me to apologize by letter,

21  by mail, and I did.  And I accepted things that I didn't do,

22  but I thought that I didn't have another option.  He one time

23  said, "You don't want to be a single mom of two kids, of two

24  different fathers."  I didn't have any savings.  I was relying on

25  him because I loved him.  Now I know that I can do things by

1    myself, but I stay with him because of love.

2        Even when I sent this letter, I said, "I want to have" -- "I

3    will care for you no matter what."  And I still care about him.

4    Even that we are here in a federal court, I do care about him and

5    worry about him.  I'm putting myself now and my kids' needs

6    first.  But he will always be R.E.M.'s father and he will be the

7    man that I married.

8            THE COURT:  Do you want to take a short recess?

9            MS. CHANG MORRISON:  Sure.

10           THE COURT:  Okay.  We will take a short recess, just for

11   five minutes, and we will come back.  And we're going to go until

12   about a quarter to 11:00, so we can get ready to transition.  The

13   court reporter is going to need a break.  And I will do my

14   sentencing at 11 o'clock and we will go until noon, and then we

15   will resume this matter back at 1:30, okay?

16       A five-minute recess.

17           THE CLERK:  Please rise.

18                   (Recessed.)

19           THE COURT:  Good morning, again.  Please be seated.

20       You may continue.

21           MS. CHANG MORRISON:  Thank you.

22       I'm going to keep using my Exhibit 214 to go through the

23   timeline.

24       Okay.  We are in December 2022.  There were days Ryan was

25   perfect and it was amazing, and I talked to my attorney and I

1    said, "You know, I don't think that I want to be able to file for

2    a divorce, he's -- everything -- it looks like he wants to fix

3    things for real."  But then we had another conflict with the car.

4    The car broke down, the car that I was driving.  It's an old

5    Honda.  It was an old Honda CRV.  Ryan took the car to fix it,

6    but it was like still not working very well, and I told Ryan --

7    told Ryan, "I think that I need another car.  I appreciate that

8    you are doing this, but if I'm driving with the kids and you are

9    not always around, I don't think that this is a safe car," and he

10   say to me, "You are so entitled.  You think that you deserve

11   everything now.  What makes you believe that?"

12       So he was driving -- or he still drives a Passat, which is in

13   better conditions than the car that I was driving in.  And I

14   really appreciate when he bought the car for me because I was

15   working and I really needed a car.  We bought it for $2,000, I

16   think.  And I don't mind to drive an old car.  I really don't

17   mind.  It's just that it wasn't working and it didn't feel safe.

18       Everything, all the cars and everything, is in his name, of

19   course.  I have never had a car before in my name.  I do have

20   now.  A friend gave me one, he gifted one to me, and it's in my

21   name.  It's still an old car, but it's mine.

22       So in December 2022, I felt that Ryan was getting really

23   upset, and I knew -- I felt that he was going to take E████, no

24   matter what, with him.

25       So I want to go to Exhibit 200.  That's when I went to court

1    in Island County and I filed for a divorce.  Because my attorney

2    say that every time that you file a divorce, they give you

3    temporary restraining orders.

4         Your Honor, I would like to offer this exhibit, Exhibit 200.

5              MR. BENNETT:  No objection, Your Honor.

6              THE COURT:  200 is admitted.

7                    (Exhibit No. 200 admitted.)

8              MS. CHANG MORRISON:  It's clear that both parties are

9    restrained of changing the residency of the child.  And at that

10   time, E████ was living in the Freeland house with me.  And I

11   really thought that that would prevent Ryan from taking E████

12   with him.

13        January 3rd, he was supposed to take E████ from school to

14   take him to Frisbee.  And I would like to offer Exhibit 212.

15   That's my communication with him on January 3rd.  I offered, you

16   know, "I'm going to make dinner.  Do you want to stay and have

17   dinner with us?  It's getting late.  Where are you?  I don't know

18   where are you.  Is everything okay?"  And he responded to me at

19   8:00:  "He wanted to stay with me.  Good night."  I immediately

20   responded, "That is not okay.  E████ has to sleep here at my

21   house.  Where are you?"  And he stopped communicating with me.

22        I couldn't believe it.  Like I -- I -- I had the feeling, but

23   I didn't know exactly what was happening.  I think I called my

24   boss at the Children's Center and she said, "Call the police.

25   You have to make a report."  I called the police.  She came to my

1    house.  But I was -- she said, "Okay.  If tomorrow he doesn't

2    show up at school, call me again."  So I'm waiting until 11:00

3    in the morning, because that's the timeline that you have to drop

4    off your kids.  He didn't return E██████.

5        I was texting Candace and texting Wayne and texting

6    everybody, like who has seen Ryan, where are they.  I would like

7    to offer Exhibit 213, please.

8              MR. BENNETT:  No objection, Your Honor.

9              THE COURT:  213 is admitted.

10                  (Exhibit No. 213 admitted.)

11             THE CLERK:  Is 212 admitted as well?

12             THE COURT:  212 is admitted too.

13             THE CLERK:  Okay.

14                  (Exhibit No. 212 admitted.)

15             MS. CHANG MORRISON:  So I say to Candace, "Ryan is in

16   Mexico with E██████," and she answered back, something, and then

17   she said, "You felt it."

18       I didn't know what was coming.  I froze.  I thought, okay,

19   he's going to come back in a week.  In a few days, he will

20   realize this is so wrong and he's going to come back.

21       I did not have any document at all.  Nothing.  E██████ --

22   sorry, R.E.M. was in Mexico, and I was in Freeland with zero

23   documents.  I went to talk to the police, I talked to some

24   friends.  The police said, "You have to let everybody know.  Call

25   the FBI."  And I was like, "The FBI?"  Like, what -- like I'm not

1   going to do that.  Still, today it feels like it's a dream.  I

2   don't understand how this went so far.  Like, I -- I don't

3   understand.

4        I called them, they return my phone call, and they started a

5   case.  And they said, "Fany, do you want to continue with this?

6   Because if we continue, this may be jail."  And I say, "No.  Let

7   me think."  They call me another day, "Do you want to continue?"

8   And I say, "No.  Just give me some time."  But when I sent the

9   contempt information to Ryan and they responded, "Jurisdiction is

10  Mexico," I knew that he was not going to bring E█████ back and I

11  had to continue with the FBI.

12       I was waiting and working with them.  I would like to offer

13  Exhibit 208.  208, please, and 209.

14            THE COURT:  Any objection?

15            MR. BENNETT:  No objection, Your Honor.

16            THE COURT:  Both are admitted.

17                 (Exhibit Nos. 208 and 209 admitted.)

18            MS. CHANG MORRISON:  208 is that I was asking the Hague

19  for petition of return of R.E.M.  It was so hard for me because

20  they asked for official documents in English and in Spanish.  I

21  had zero documents to start.

22       209 is an e-mail that I sent to an agent from the FBI,

23  saying, "I am waiting patiently to hear back from you."  This is

24  February 14th.  We were just -- three agents came to my house one

25  day and they wanted to talk to me and they did an interview, and

 1   through all these days, they know everything about me, where I

 2   was born, where I have been, you tell them everything.  They

 3   asked, like, if there has been any physical alter -- physical,

 4   like a violent physical thing between Ryan and me, and I said,

 5   "Yes.  I remember one day that he was leaving the house,

 6   2020/2021, in Lone Lake Road, and I did this to him on his arm,"

 7   and they said, "Okay.  Anything else?"  And I said, "No."  I

 8   mean, minor things, like he's been grabbing me or something like,

 9   but nothing like major.  I mean, it's that.

10       I keep working with them.  Everything was on Mexico's hands

11   now.  We were just waiting for their responses.  So they were

12   going to travel with me, an agent was going to travel with me.

13   They were going to do whatever their plan was.  Unfortunately --

14   I would like to offer Exhibit 210 -- Ryan texted me --

15            THE COURT:  Just one second.

16       Any objection to 210?

17            MR. BENNETT:  No objection, Your Honor.

18            THE COURT:  It's admitted.

19                 (Exhibit No. 210 admitted.)

20            MS. CHANG MORRISON:  Ryan texted me saying that Miguel,

21   my ex-partner, is talking about kidnapping our son.  It was so

22   confusing.  I didn't understand like how Miguel got the address

23   in Buena Vista.  Like we haven't seen him in years, he hasn't

24   been in contact in years, and he suddenly appears in this

25   horrible situation and he's talking about kidnapping E█████.

 1    And I will give more details about Miguel later.  But I couldn't
 2    wait.  I couldn't wait for the Hague Convention.  I couldn't wait
 3    for the FBI in Mexico to get a response.

 4        So I would like to offer Exhibit 202.  It's the Contempt
 5    Hearing Order.  It says, "Ryan Morrison unilaterally changed the
 6    child of this marriage's residence on January 3rd by keeping the
 7    child without the mother's consent and not returning the child to
 8    the mother's residence, then taking the child to Mexico."

 9        In that same order, it says that Ryan -- R.E.M. is to
10    immediately be returned to the petitioner's custody.  "Prior to
11    his removal, on January 3rd, R.E.M. was habitually a resident of
12    Island County, Washington, in the U.S., in the residence of the
13    petitioner.  The child was wrongfully removed to Mexico by the
14    respondent without the petitioner's knowledge or consent.  This
15    was a violation of the petitioner's rights and the petitioner was
16    exercising her legal rights to the child at the time of the
17    child's removal by the respondent.  At the time of the removal,
18    there was a valid" --

19            THE COURT:  Excuse me.  You need to slow down so the
20    court reporter can accurately capture everything.

21            MS. CHANG MORRISON:  Oh, sorry.

22        Did you want me to go back?

23            THE COURT REPORTER:  Yes.

24            THE COURT:  Are you offering 202 as well?

25            MS. CHANG MORRISON:  Yes, please.

1        MR. BENNETT:  No objection, Your Honor.

2        THE COURT:  202 is admitted.

3                (Exhibit No. 202 admitted.)

4        THE COURT:  Please continue.

5        MS. CHANG MORRISON:  -- "violation of the petitioner's

6  rights and the petitioner was exercising her legal rights to the

7  child at the time of the child's removal by the respondent.  At

8  the time of the removal, there was a valid Island County Superior

9  Court Restraining Order in effect ordering the child to continue

10  to reside in the petitioner's home."

11     I would like to offer the parenting plan, Exhibit 203,

12  please.  That's the parenting plan.

13        THE COURT:  Any objection?

14        MR. BENNETT:  No objection, Your Honor.

15        THE COURT:  203 is admitted.

16                (Exhibit No. 203 admitted.)

17        MS. CHANG MORRISON:  The custodian is Fany Morrison

18  solely for the purpose of this state, and Ryan got some

19  visitations in the first parenting plan.

20     I would like to offer Exhibit 204.

21     In March --

22        THE COURT:  Just one second.

23     Any objection to -- well, 203 has been admitted.  204, any

24  objection, counsel?

25        MR. BENNETT:  I don't have an objection, Your Honor.

```
 1            THE COURT:  204 is admitted.

 2                   (Exhibit No. 204 admitted.)

 3            THE COURT:  Please continue.

 4            MS. CHANG MORRISON:  In this exhibit, Ryan asked for

 5   custody of E████ in Mexico, and in Baja California Sur,

 6   March 13, they say that they are not going to give custody to

 7   Ryan because they do not have enough information.

 8      I would like to offer Exhibit 205.

 9            THE COURT:  Any objection?

10            MR. BENNETT:  No objection, Your Honor.

11            THE COURT:  Admitted.

12                   (Exhibit No. 205 admitted.)

13            MS. CHANG MORRISON:  This is the letter from the FBI on

14   February 1st, 2023, to Mexico, saying, "We request his

15   collaboration to return the minor to the custody of his mother,

16   Fany Morrison."

17      And I would like to offer Exhibit 206.

18            THE COURT:  Any objection?

19            MR. BENNETT:  No objection, Your Honor.

20            THE COURT:  206 is admitted.

21                   (Exhibit No. 206 admitted.)

22            MS. CHANG MORRISON:  Okay.  This is the ruling from

23   Mexico, from the second divorce that Ryan has started in Mexico.

24   He started this divorce in January 2023, after I had started the

25   divorce in Island County in December 2022.
```

 1        The ruling is on the -- on the second-to-last page, it says,

 2    "Exception of Incompetence by Declination according to

 3    territory," meaning that they do not have jurisdiction.

 4        And the third ruling was, "Competence is declared in favor of

 5    Judge Carolyn Cliff, ascribed to the Superior Court of Washington

 6    of Island County in Coupeville, in the United States."

 7        So they do this ruling based on my exhibits that I presented

 8    and based on Ryan's exhibits that he presented.  So Mexico is

 9    denying and they are not going to do our divorce case in Mexico.

10        And I just want to clarify that this is the second divorce

11    that Ryan has started, not the first one.  They are two separate

12    divorce cases.  They're not coming -- they are not the same

13    thing.  They are two separate cases.

14        The first divorce, I never knew about it until Ryan asked for

15    the petition of the return through the Hague.  And in his

16    exhibits, I was able to see the receipt that is in Exhibit No. 6.

17    That's how my attorneys in Mexico found out about this divorce.

18    In this divorce, the petitioner is saying that he doesn't have

19    kids and that I'm living in a town that I have never been.

20        And I would like to offer Exhibit 242.

21        There is --

22            THE COURT:  Just one second.

23        Any objection to 242?

24            MR. BENNETT:  No objection, Your Honor.

25            THE COURT:  242 is admitted.

```
 1                  (Exhibit No. 242 admitted.)

 2           MS. CHANG MORRISON:  There is now like investigation for

 3    perjury.

 4       While E███████ was in Mexico with Ryan, he wanted to cut

 5    negotiations with me.  He was asking me to agree to his terms.

 6       I would like to -- I don't know if already it's been

 7    admitted.  209.

 8       He was also --

 9           THE COURT:  Just one second.

10    209 has been admitted.

11           MS. CHANG MORRISON:  And 211, please.

12           THE COURT:  211 has not been admitted.

13    Any objection?

14           MR. BENNETT:  No objection, Your Honor.

15           THE COURT:  211 is admitted and 209 is admitted.

16                  (Exhibit No. 211 admitted.)

17           MS. CHANG MORRISON:  This happened when Ryan had E██████

18    in -- R.E.M. in Mexico.  He was trying that I give an agreement.

19    He said that I have to drop off legal proceedings that I started

20    in the United States before he could come.  He didn't want to

21    give any child support, any alimony, any money, and he wanted to

22    spend time with E███████ in Costa Rica or Mexico.

23       I would like to offer, please, Exhibit 244.  Those are --

24           THE COURT:  Just one second.  I don't have 244 on the

25    exhibit list.
```

 1      Could you read into the record what Exhibit 244 is,

 2   Ms. Ericksen?

 3              THE CLERK:  They are text messages.

 4              MS. CHANG MORRISON:  Between the respondent and Damon.

 5              THE CLERK:  Between the respondent and Damon.

 6              THE COURT:  Respondent and?

 7              THE CLERK:  Damon, D-a-m-o-n.

 8              THE COURT:  And what's the other one?

 9              THE CLERK:  Oh.  243 is an update from the guardian ad

10   litem in the Island County matter.

11              THE COURT:  All right.  243 and 244 have been

12   referenced.  Any objection to those being admitted, counsel?

13              MR. BENNETT:  No objections, Your Honor.

14              THE COURT:  243 and 244 are both admitted.

15                  (Exhibit Nos. 243 and 244 admitted.)

16              MS. CHANG MORRISON:  When Ryan texted me saying that he

17   was in danger, Ryan was also texting Damon and he said, "Get Fany

18   to sign a new divorce agreement offer.  If my lawyer thinks it's

19   binding, we sign and we leave -- and we leave here.  We will

20   die here, if I must, and the blood would be on Fany and her

21   parents ..."  His friend asked him like -- and he say, "I

22   understand that leaving is not your first choice, but whatever is

23   happening between you and Fany should not put E▇▇▇▇ at risk."

24   And Ryan was refusing, and he said that he will only come if I

25   agree to his terms because I put him in hot water.  He said, "You

 1   put me in hot water.  If I go now to the U.S., I'm screwed.  What

 2   is coming for me is jail.  So you have to drop off everything."

 3        I was able to get my passport, I was able to get, in five

 4   days, an appointment with the department that gives green cards.

 5   The FBI was even surprised, like "You got your passport in one

 6   day?  You got an appointment?"

 7        I did everything that was in my power.  I was thinking that I

 8   was doing -- I was acting on E█████'s best interests.  I thought

 9   that he wasn't safe and Ryan was not making good choices.

10        I went -- in March, I wanted to talk to the teacher.  I had

11   some legal documents saying that I had custody and I wanted to

12   explain her the situation.  Also, I obtained a criminal

13   investigation against Ryan for wrongfully retaining E█████.  I

14   know that it had started in the U.S., but it continue in Mexico.

15        So next I saw E█████.  He gave me a hug.  I gave him a hug.

16   We were hugging, and the teacher is there screaming and saying,

17   "You cannot take him, you cannot take him," and I'm like, "I am

18   the mom, I am the mom."  She start pulling E.R.M. {sic}, and I

19   have to scream, "You're going to hurt him," and that's the only

20   way that she let him go.  Everything was chaos.  I didn't know

21   what was exactly happening.

22        I went to Customs in Tijuana.  I didn't have E█████'s

23   passport.  I only had his birth certificate that I was able to

24   get in these two months, and they asked me what was the purpose

25   of your visit, and I pointed to E█████ and I said, "I came for

1    him."  She looked at my passport, my green card, E█████'s birth

2    certificate, and they said, "Welcome to the United States."

3         As soon as I was in the United States, I called the FBI and I

4    say, "I don't know what happened in Mexico.  It's a chaos.  I

5    don't understand."  They said, "Get a hotel, if you want.  Just

6    try to relax, be safe."  And I said, "I don't know how Ryan

7    knows, but he's texting saying that I already crossed the border,

8    so I don't know how he has this information."  And he said,

9    "Okay, Fany, what are you going to do if he knocks at your door?"

10   And I said, "I'm not going to open."  And he say, "Fany, like,

11   you have to think about this.  You have to call 911."  I wasn't

12   thinking.  I wasn't in good conditions.  I called some friends

13   and I say, "Can you please come and get me?  I'm in San Diego

14   now.  I need some help."  So some friends came to San Diego and

15   they took -- they took care of us and brought us back to the

16   island, to my house.  E██████ was telling me, "Why you took so

17   long?"  And while he was in Mexico, I had some video phone calls

18   with E███████, R.E.M, and he said, "Mommy, I want to go back, but

19   my dad doesn't let me."  I have recordings of that.

20        And I don't know how I'm saying it so easily, but those were

21   the worst days of my life.  I wasn't eating, I wasn't sleeping.

22   I was just acting with love.  That was the motive that I had.

23        I brought him back to Whidbey Island.  I made a declaration

24   and I said, like, I'm back with E██████.  He is here.

25        The Consulate in the U.S. was calling me March 6th and

 1   March 7th.  They said, "Please be in contact with Mexican

 2   authorities.  They want to talk to you."  I had a video phone

 3   call with them, and they were worried about me and about E████.

 4   And I'm sorry to say this, but I think that they were most

 5   worried because they didn't know how to respond to the FBI.  And

 6   they said, "Even, you know, we know that there is -- you are like

 7   the -- like" -- I'm going to use criminal thing -- "like you are

 8   the person who's making these, we know that you are the victim,

 9   and we just want to make sure that E██████ is -- that R.E.M. and

10   you are fine and that you are in the U.S.  Are you in the U.S.?"

11   I said, "Yes.  Yes, I am in the U.S."

12       So that was the conversation that I had, a video, a Zoom

13   phone call with Mexican authorities.

14              THE COURT:  Okay.  Let's stop here.

15       We're going to recess now and resume again this afternoon at

16   1:30.  So if you have any materials, I have another set of

17   parties coming into the court, so you will need to take them with

18   you.  And we will get back again at 1:30 this afternoon.

19       Please rise.  We're in recess.

20              (Recessed at 10:48 a.m. and resumed at 1:30 p.m.)

21                          AFTERNOON SESSION

22              THE COURT:  Good afternoon.  Please be seated.

23   You may continue.

24              MS. CHANG MORRISON:  Thank you.

25       Okay.  Please correct me if I'm wrong, but I think I was

1   telling my story when I came back to the island with E█████.

2       In that moment, Ryan sent a text to my brother saying the

3   cartel was in Mexico, was looking after us.  And I can find the

4   exhibit.  Sorry.

5              THE COURT:  Could you speak a little louder and pull the

6   microphone closer?

7              MS. CHANG MORRISON:  Sure.

8              THE COURT:  Thank you.

9              MS. CHANG MORRISON:  Well, sorry, I will repeat what I

10  said.  When I brought E█████ back, I had phone calls with

11  Mexican authorities.  Ryan texted my brother saying that the

12  cartel in Mexico was mad at us and was looking after us for what

13  we did.

14      I'm sorry.  I can't find the exhibit.  But I will let you

15  know as we go.

16      Ryan also e-mailed a lot of the South Whidbey community,

17  friends and relatives, my job, Damian's school's teachers,

18  everyone that I am aware of, and saying that I am bipolar, I am

19  not taking my medicine, that I have been a criminal in Mexico,

20  that I just came and took E█████ without his permission from

21  Mexico, that I always agree for him to go to Mexico.

22      I just want to clarify that I have never been diagnosed as

23  bipolar.  I have been diagnosed with anxiety and depression, and

24  I will explain later when this started.  The medication that I

25  was taking, it's called Fluoxetine.  And I feel that I was fine.

1  For years, I had to take these medications because Ryan say that

2  without those medications I was just not well put together, until

3  I had a consultation with two doctors, one is a psychologist, the

4  other one is a psychiatric doctor.  They made some evaluations

5  and they say that I was fine, and I stopped taking this

6  medication.

7      I have been -- once that I came back, I receive a lot of

8  support as well.  People were offering me houses to stay in

9  Bellingham or in other places while we figure out what was

10 happening.  Nobody knew how this will escalate or what else could

11 happen.  Everybody was worried about my safety.  My landlord had

12 to put cameras.  I didn't request for this.  They just came up

13 with these security measures/means to make sure that we were

14 safe.

15     Ryan, when I was in my Freeland home, he took the spare key

16 of the main door, and I said, "Can you please give it back to

17 me?"  And he said, "No.  It's already in my -- in my chain with

18 other keys."  So he took that with him also.

19     I still didn't have my documents.  I think he returned part

20 of my documents in February, in March.  I don't remember when he

21 returned part of my documents, but I did never receive all of

22 them, including original documents.  I don't have any certificate

23 for marriage.  And I had custody of -- oh, I have to spell it --

24 G.L.D. or D.D.M., and I had a little bit of evidence where I had

25 been supporting D.D.M. and basically evidence against Miguel.  I

1   never received that back.

2       My parents were here in Freeland with me.  Everything was so

3   scary.  We didn't know what was happening for sure.  Ryan went to

4   my parents' house in Mexico and yell at them.  Then Miguel show

5   up at my parents' house and yell at them.  So I was in fear.  I

6   didn't know what was happening, and I wanted them to be safe,

7   that's why they move to the island.  They just have a tourist

8   visa and they can only be here for three months, and that's the

9   length of their stay, and they had to go back to Mexico.

10      I would like -- may I offer you Exhibit 22 -- 243?

11          THE COURT:  243, is that regarding the guardian ad

12   litem?

13          MS. CHANG MORRISON:  Yes.

14      And Exhibit --

15          THE COURT:  243 has been admitted.

16          MS. CHANG MORRISON:  And 241.

17          THE COURT:  Any objection to 241?

18          MR. BENNETT:  No objection, Your Honor.

19          THE COURT:  241 is admitted.

20              (Exhibit No. 241 admitted.)

21          MS. CHANG MORRISON:  Okay.  This order is order denying

22   second motion for reconsideration.  I'm not going to go through

23   all of that, but it's the story -- kind of a short story or

24   summary of what is happening in Island County.

25      Just to highlight, "Respondent Ryan Morrison filed a motion

 1    for reconsideration of the Temporary Parenting" --

 2              THE COURT:  Whoa, whoa.

 3              MS. CHANG MORRISON:  Sorry.

 4        "Ryan Morrison filed a motion for reconsideration of the

 5    Temporary Parenting Plan and Temporary Family Law Order."

 6        "... the first Temporary Parenting Plan in this case was

 7    entered on January 23rd, 2023, after Respondent Ryan Morrison had

 8    taken the child to Mexico.  After Petitioner Fany Morrison

 9    brought the child back to Island County, Respondent Ryan Morrison

10    appeared in this case."

11        A guardian ad litem was in agreement of the parties on

12    May 5th, 2023.  The December trial date was striken -- stricken

13    and has not been reset.

14        This is -- "Ryan Morrison nonetheless thereafter asserted

15    that this Court could still properly enter temporary orders for

16    the care and custody of the child pending the outcome of the

17    Hague Convention ..."

18        And this is the part that I think it's important.  "The Court

19    does not doubt the sincerity of Respondent Ryan Morrison's

20    belief in the veracity of the version of events on which he

21    relies ...  But the facts on which the Temporary Parenting Plan

22    and Temporary Family Law were based are those found by this Court

23    and amply supported in this record as the basis for temporary

24    arrangements for the care and custody of the minor ..."

25        We are ordered to have comprehensive forensic parenting plan

 1   evaluations that includes a mental health component.

 2       So on April 15th, we're going to have a motion for contempt.

 3   This is -- Ryan will have to explain why we haven't moved forward

 4   with these parenting evaluations with a mental health component.

 5       Exhibit 243, I would like to offer it.

 6           THE COURT:  Exhibit 243 has been admitted.

 7           MS. CHANG MORRISON:  This is the sealed guardian ad

 8   litem report.  It's just part of the report.  I just printed his

 9   recommendations.

10       And, specifically, "Mexico Visitations," it says, "Following

11   receipt and review of a forensic evaluation of both parties, if

12   the evaluation report does not recommend against a visit to

13   Mexico, E█████ shall be allowed to travel for a single week-long

14   visit to the family home in Mexico."

15       E█████'s passport right now, it's with Candace's attorney.

16   When I was talking to the FBI, I told them, "Can you please call

17   Ryan," while he was in Mexico with E█████, and I say, "Can you

18   please talk to him?"  And they say, "No, Fany, he's a flight

19   risk.  If he feels threatened, he can take your son to another

20   place and we're going to be back to step one, that we don't know

21   where they are."

22       I would like to say that Ryan is saying that he has never

23   seen these documents about our divorce.  We talked about our

24   Island County divorce in my house.  He was really upset.  He say

25   that if I am the petitioner, that's going to look so bad on him,

 1  that why I did that.

 2       Exhibit 21, may I offer it?

 3            THE COURT:  Exhibit 21?

 4            MS. CHANG MORRISON:  Yes.

 5            THE COURT:  Just one second.

 6       Any objection to Exhibit 21?

 7            MR. BENNETT:  No, Your Honor.

 8            THE COURT:  21 is admitted.

 9                 (Exhibit No. 21 admitted.)

10            MS. CHANG MORRISON:  Okay.  This is the second

11  declaration of Sandy Lee Bright that had to do this as a proof of

12  service.  She had to give more information.  Sandy Lee is a

13  colleague of mine at the Children's Center.  She also happens to

14  live next door to Candace, so they are neighbors.

15       And it's clear.  It said, "Hi, Fany asked me to drop off this

16  paperwork to Ryan.  I was asked to drop this paperwork off to

17  Ryan for Fany.  Candace accepted the paperwork and closed the

18  door.  Candace never said Ryan was not living at her house

19  anymore."

20       I mean, what I want to say is, like, it's been proved, it's

21  been said, and respondent keeps making this process difficult.

22       I want to say that I talked to Ryan about needing an

23  attorney, and then he goes to Mexico right after without telling

24  me, he's served with the documents for the divorce, and then

25  three days after, he takes R.E.M. to Mexico without my knowledge

 1  or without my permission and he takes all my passports, my green

 2  cards.  I have nothing, any legal document.

 3      My mom served Ryan on January 11th, and four days after, Ryan

 4  kicks them out of the house, he evicts them, and says that they

 5  are restrained to talk to E█████ or Ryan.

 6      And I would like to go to Exhibit 29, please.  There is a

 7  picture, January 7th --

 8          THE COURT:  It's been admitted.  Exhibit 29 was

 9  previously admitted.

10          MS. CHANG MORRISON:  Exhibit -- I didn't understand.

11          THE COURT:  Exhibit 29, is that the one you are

12  referring to?

13          MS. CHANG MORRISON:  Yes, yes.

14          THE COURT:  It was admitted yesterday.

15          MS. CHANG MORRISON:  Yes.  I just want to refer about

16  that.

17          THE COURT:  Okay.  All right.

18          MS. CHANG MORRISON:  There's a picture, January 7, 2023.

19  So this is just seven days before Ryan kick -- evicted my parents

20  from the house in Buena Vista.  In the back of the picture, you

21  can see that the house doesn't have windows or doors or it's

22  painted.  It didn't have water or electricity/power.  So that's

23  in the conditions that my parents had to move.

24      He never -- he's been saying that he finished the

25  construction and he pay for that.  I have a picture here and the

1    conditions that they had to move.

2        Also, in one of my exhibits, Ryan is saying that he's going

3    to -- he's asking me to drop all the legal documents in Island

4    County, but he is asking me to sign a new agreement, and he's

5    willing -- not, like, taking that debt out, $20,000.  That's what

6    he's saying.  I talked to him before he started giving money to

7    my parents and he say to not worry, this is a gift, but then he's

8    using that as to say I owe him.

9        I think I'm going through the story with what happened.  I

10   just -- sorry, Your Honor.  I want to take one minute to find the

11   exhibit where Ryan texted my brother saying that the cartel is

12   after us.  And I would like to say that I checked the FBI case

13   number online and it's still under investigation.  Ryan was

14   arrested in July for breaking the parenting plan, and soon after,

15   he goes to the police and is starting investigation against me

16   for beating him up.  The police came to my house and made a lot

17   of questions, and they say they believe what I'm saying.  It was

18   never -- I was never called to a hearing for cleaning out cases.

19       Mexico has asked a lot of times to Ryan to provide custody, a

20   document that proves custody, and as far as I know, he hasn't

21   provided any documentation.  That is Exhibit 17.

22            THE COURT:  Were you offering Exhibit 17?

23            MS. CHANG MORRISON:  Yes.

24            THE COURT:  Any objection?

25            MR. BENNETT:  No objection, Your Honor.

1        THE COURT:  17 is admitted.

2                (Exhibit No. 17 admitted.)

3        MS. CHANG MORRISON:  If I see the page -- Exhibit 29,

4   there is a picture of E███████ with one other kid that his name

5   is -- next to E███████.  I never seen this kid before.  I don't

6   know him.  E███████ met him during these two months that he was

7   with Ryan in Mexico.  For me, it's too sad to see those pictures.

8   It's not a pleasant picture for me.

9        As the petitioner is bringing information about D███████

10  M███████, I would like to explain a little bit.  I feel that I need

11  to explain.

12       Miguel is my previous partner.  We were never married.  We

13  had one son together.  His name is D.D.M.  He had one birth

14  certificate, G.L.D., with his last names.  Miguel has been on and

15  off in his life.  I got a second birth certificate with D.D.M.

16  He was okay with that.  He never care about this.  I told him.

17  He knew.  And we were living in the same city until D.D.M. was

18  two years old.

19       I moved to Chiapas with my parents, and when D.D.M. was

20  around six years old, I contacted Miguel to say if he wanted to

21  be part of his life, because I wanted him to go to a private

22  school.  He agree.  He came.  He asked me to marry him.  He say

23  that he made a big mistake.  And I agreed to marry him.  I leave

24  Chiapas, where I was, where I had a job, and I had a life, and I

25  moved back with him to the state of Quintana Roo.  After being

1  there for two weeks, he says that he doesn't love me and that

2  he's not going to marry me, but he kept -- he was going to be

3  part of D███████ and he was going to enroll him to private school

4  and he did, using his second birth certificate, D.D.M.  We have

5  always used that birth certificate.  We have never used the first

6  one for anything but the first birth certificate.

7       So he was part of D.D.M.'s life.  Ryan met him.  Ryan met

8  Miguel in person in 2016.  He knew and he saw how Miguel was

9  aggressive, manipulative with me.  One day, Ryan's dad was in

10  Mexico, and Miguel show up without any notice, and I was so

11  ashamed that my ex-partner show up like that.  I apologized to

12  Mr. Wayne.  He was okay with that.  But it wasn't pleasant for

13  me.

14       One day, Miguel didn't want to return D.D.M. to my care, and

15  he kept him from me, to see him 14 nights.  When he gave me --

16  when he return D.D.M. to my care, he said, "I don't want to see

17  him.  I won't give him any money.  He's been crying and he's been

18  saying that he's sick and he wants to see you."  Honestly, I

19  thought that that was a great deal.  Okay, if he doesn't want to

20  be part of his life and doesn't want to give any money, it's

21  okay, I'm just letting him be the father that he wanted to be.

22  That was my thought.

23       We didn't see him for seven months.  I was paying for his

24  school, because Miguel stopped paying and we stopped seeing him.

25  Ryan took that -- in Mexico, they have like a piece of paper and

1   every month they were stamping the months that I was paying.

2   Ryan took that with him.

3       During that time, I also requested the custody of G.L.D.

4   using the first birth certificate, as he say he didn't want to

5   see him, and I wanted to make everything straight and I was

6   trying to make it better.  So I got full custody because Miguel

7   never show up at any hearing or gave any response.

8       It is funny because I think what he is saying now is that he

9   was never served and he never knew about this proceeding, exactly

10  the same what Ryan is saying.  So this is like -- what I'm

11  experiencing with Ryan is like a repeat, what I have been

12  through.  Ryan knew everything about me.  I am being honest with

13  him.  He knew about these two birth certificates.

14      When Miguel comes after seven months, the school called me,

15  saying, "Fany, Miguel is here, in the middle of the day.  He

16  wants to take D.D.M. out of the school.  We didn't give in to

17  him.  He came very aggressively.  I went, I pick up D.D.M. from

18  the school, and I called Ryan and I explained him what was

19  happening.  Before I call him, I went to my house, and the

20  security guy said, "Oh, this guy has been coming," and he show me

21  his ID, Miguel's ID, because that's what they request in order to

22  come into the neighborhood.  I do have that ID from Miguel from

23  that time, and I e-mail like the community saying, "If this

24  person come, please don't let him in.  He's trying -- the

25  security guy say that he came in many times in two cars full of

1    men and he wanted to break into my apartment.  I called Ryan and

2    Ryan said, "You are in great danger.  You have to go.  Go and

3    hide in another -- with your aunts -- with your uncle and auntie

4    in Merida and wait for me."  I did what he said.

5        Again, I don't know, I was kind of not understanding.  I know

6    that something was off.  I really didn't know what to do.  And I

7    thought, well, he knows better.  If I have to go and hide, that's

8    what I'm going to do.  That's what we did.

9        He came, and then we moved to Chiapas with my parents.  I

10   told Ryan, "Ryan, I know that we are waiting for a green card.

11   This is too much.  If you just don't want to continue with your

12   relationship, I understand."  I went to see a psychiatric over

13   there, because I was with a lot of anxiety and depression, and

14   that's when I started taking these medications because of what

15   happened.  He say, "No, we are a family.  I'm going to protect

16   you always."

17       And we move in 2017 to Whidbey Island.  Once I was here, I

18   changed my last name to Morrison.  We were going to have -- I

19   mean, I think it's come on here that everybody in the same family

20   has the same last name.  So my last name was changed from Damian

21   Chang to Morrison.  And I wanted D████ to have our last name, so

22   that's why we went -- Ryan went with me -- and we changed his

23   last name.  I think they already provided that exhibit and it's

24   been admitted.  Ryan even put that exhibit on the fridge, like we

25   were so proud that we all have the same last name.

1    I don't know how this happened, but in February of 2023, when

2    Ryan was in Mexico with E█████ -- with R.E.M., Miguel came to

3    the picture, to the story, and he got my number and he started

4    texting me.  I put D████ in contact with -- sorry, I put D.D.M.

5    in contact with Miguel.  They exchanged messages for about a

6    month, but then D.D.M. decided to stop communicating with him.

7        Recently, in February this year, the school called me that --

8    D.D.M.'s school called me to say Ryan and Miguel are here, on the

9    island.  Ryan knows that I have been -- it's more than afraid.  I

10   have been in fear of him.  I know now because the FBI also -- I

11   have to talk about Miguel with the FBI.

12       Once that I receive the text that he was going to kidnap

13   E█████, and that's when the FBI got interested in Miguel, and I

14   had to explain the story, where is he from, everything.  They

15   asked for everything.  I have been telling everything.  I mean,

16   if -- I have to tell the good, the bad, the worst, everything.

17   So I told them about him.

18       So here they are, Miguel and Ryan, showing up last month at

19   D█████'s -- D.D.M.'s school.  The principal called me saying, "We

20   didn't give any documentations.  Can you come and pick up

21   D.D.M.?"  D.D.M. wanted me to go and pick him up.  And I said,

22   "Yes, but let me pack a few things and then I am going to pick

23   you up and then we're going to spend the night at a friend's

24   house."

25       I was on my way to pack when the pediatrician called me

1  saying, "Fany, we just worry for you and for your kids.  Just so

2  you know, Miguel and Ryan are here.  They are asking for some

3  documentations, but we are not going to provide anything."

4       This was very disturbing.  I didn't know what to think.  I

5  didn't know what to say.  Ryan got a restraining order against

6  Miguel in February the previous year.  He was in fear of his life

7  because Miguel was threatening kidnapping our son, and now here

8  they are together.  And Miguel got my new number, because I

9  changed my phone number, and he got my new number and he started

10 sending me texts.

11      I understand that he wants to see D.D.M. now.  I get it.  He

12 can change his mind and it's okay.  I told D.D.M. about it, and

13 he didn't want to see him.  And I almost like kind of, "Can you

14 please go so we can stop with this?"  And he refused to go.  But

15 he sent a voice message to Miguel saying, "My name is D████.

16 Whatever happened or not happened in the past, I don't care.  I

17 have your contact.  In the future, if I want, I will contact

18 you."

19      Miguel didn't take this well and blamed me and say that I'm

20 going to be in so much trouble and that he already started a lot

21 of, I don't know, legal papers.  But he's been threatening me all

22 these years and I have been so scared.  I know that he cannot

23 kidnap D.D.M. now that he is old enough.

24      So these years -- it hurts that Ryan knows my weaknesses and

25 my fears, and he's been using all of these.  I don't think that's

 1    the way we should treat anybody and especially if we have kids.

 2          It is not the first time that I fear that I have been not

 3    well treated.  Mr. Wayne Morrison, Ryan's dad, threw papers at my

 4    feet in a courthouse.  I let the judge know, and she said, "I am

 5    not your attorney.  I cannot give you any suggestions."

 6          I called Amber -- she's not present here -- Amber is Ryan's

 7    sister, when Ryan had R.E.M. in Mexico, and she said, "Fany, you

 8    have to calm down.  You know where he is.  This is a divorce.

 9    Divorces are like this, but you have to calm down.  Everything is

10    going to be okay in a month.  If not, if you do not calm down,

11    everything is going to be worse."

12          I -- I appreciate you for listening to me.  I hope that I was

13    clear enough to explain details and circumstances of how these

14    things happened.  I just decided to stand up for myself and for

15    my kids since the summer 2022, and this is where we are now.

16          THE COURT:  Okay.  Thank you.

17          Counsel now has the opportunity to ask you questions by way

18    of what's called "cross-examination," the same as you did against

19    the petitioner in this case.

20          And, counsel, this will be interpreted.  Simultaneous

21    interpretation?

22          THE WITNESS:  Yes.  Is that okay?

23          THE INTERPRETER:  Your Honor, I can do simultaneous,

24    consecutive, whatever.

25          THE COURT:  Okay.  Consecutive, is that the easiest way?

 1              THE INTERPRETER:  It doesn't matter to me.  It's faster

 2     with simultaneous.  I don't know if time is a concern.

 3              THE COURT:  Okay.  Let's try simultaneous.  If it gets

 4     too difficult or too fast, I will ask the interpreter just to let

 5     me know just by raising your hand to get my attention.

 6         Is that agreed?

 7              THE INTERPRETER:  That is totally fine, Your Honor.

 8         Can we use the interpreting devices so that it will be --

 9              THE COURT:  Yes.

10                        (Off the record.)

11              THE INTERPRETER:  We are ready, Your Honor.

12              THE COURT:  And, counsel, while she's getting ready, we

13     have an interpreter, so please slow down in your questions.

14              MR. BENNETT:  All right.

15              THE COURT:  Are we ready?

16                        CROSS-EXAMINATION

17     BY MR. BENNETT:

18     Q    All right.  Please turn to Exhibit No. 2.

19         Exhibit No. 2 is your Mexican marriage license, correct?

20     A    Yes.

21     Q    And so on page 1 of Exhibit No. 2, it says the type of

22     marriage contract is separación de bienes?

23     A    Is this relevant to the case?

24     Q    All right.  What does that term mean?

25     A    Is this relevant to the case?  I don't know what's ...

```
 1              MR. BENNETT:  I don't know.  Is that objection
 2   relevance, Your Honor?
 3              THE COURT:  You may answer the question.
 4              THE INTERPRETER:  I'm sorry, Your Honor.  Now the
 5   interpreter is confused.
 6              THE COURT:  He asked a question.  I'm not quite sure, on
 7   the document of Exhibit 2, what you are referring to, counsel.
 8              MR. BENNETT:  Oh.  Sorry.  So there's a classification
 9   of marriage down at the bottom of the document right above the
10   signatures.
11              THE COURT:  Okay.
12   A    Oh, separación de bienes?
13   Q    Uh-huh.
14   A    Yes.
15   Q    Yes.  What does that mean?
16   A    Like we don't share financials.
17   Q    Right.  It's a type of marriage in Mexico where the parties
18   don't have community property, correct?
19   A    Yes.
20   Q    Which means Mr. Morrison keeps what's his?
21   A    Yes.
22   Q    And you keep what's yours?
23   A    Yes.
24   Q    So if you were divorced in Mexico, there would be no property
25   division, correct?
```

1   A   Well, I think -- yes.  Can I explain?

2   Q   Please.

3   A   Yes.  I got married with Ryan because I love him and I didn't

4   want to show that I wanted to have his money.  That's why I

5   decided to get this kind of marriage.  And I trust him.  And he

6   said, "I'm going to be fair with you whatever happens.  You love

7   me, I love you, and I always believe in justice."

8       Yes.  I didn't see any issue.

9   Q   Okay.  So if you divorce in Mexico, there would be no

10  property division, correct?

11  A   I don't know.  I don't know when there is -- I mean, I don't

12  know.  I cannot answer that question.

13      I have been asking to my attorneys, and sometimes even that

14  you are married with these, if there is a lot of discrepancy and

15  you can prove that I have been signing documents without legal

16  assistance or knowledge, like, I don't know.  I can't answer for

17  sure what you're asking me.

18  Q   All right.  You filed for divorce in Island County,

19  Washington, correct?

20  A   Yes.

21  Q   And in your petition for divorce, you asked for a property

22  division, correct?

23  A   Yes.  I don't remember, but I will say yes.

24  Q   And you asked for spousal support, correct?

25  A   Yes.

 1   Q    All right.  And your decision to initiate an Island County

 2   divorce case, does that have anything to do with the status of

 3   your marriage in Mexico?

 4   A    I'm sorry.  I don't understand the question.  Like --

 5            MR. BENNETT:  I will move on, Your Honor.  I will

 6   withdraw the question.

 7            THE COURT:  Thank you.

 8   A    I -- if I can explain a little bit?

 9            THE COURT:  He's withdrawn the question, so there's

10   nothing to explain.

11            THE WITNESS:  Okay.

12   Q    (By Mr. Bennett:)  All right.  Let's turn to Exhibit 214,

13   please.

14   A    Yes.

15   Q    All right.  And this is a chart that you created, correct?

16   A    Yes.

17   Q    All right.  Your chart indicates that in August 2019, you

18   went to Mexico, correct?

19   A    Yes.

20   Q    And you had a house on Lone Lake Road; is that correct?

21   A    Yes.

22   Q    And you rented that house to your friends, correct?

23   A    Yes.

24   Q    All right.  And is it your position that you only meant to go

25   to Mexico for a short time?

1  A    Yes.

2  Q    Okay.  But you rented the house to friends?

3  A    Yes.  We never said a time.  It was not even for a year.  We

4  didn't have a lease.  They were evicted -- or they had to leave

5  their house at the time and we were leaving to Mexico, so

6  everything work out perfectly for them and for us.  We were able

7  to leave our properties and we were making a favor to them.  We

8  rented the house, I think, for a thousand dollars, meaning that

9  it was like we never knew -- well, they knew that we were coming

10 back at any time.

11 Q    So they were aware that they may have to move at any time you

12 decided to come back?

13 A    Yes.

14 Q    All right.  And then you sold that house on Lone Lane -- or,

15 excuse me, Lone Lake Drive in 2020, correct?

16 A    Did you say --

17       THE WITNESS TO THE INTERPRETER:  Did he say October?

18 A    Did you say October?

19 Q    I just said 2020.

20 A    Yes.

21 Q    And why was the house sold?

22 A    Because we wanted to build in the lot that we previously

23 bought in August 2020.  We sold the house in October 2020, just

24 two months after we bought the lot in Freeland, because Ryan

25 wanted to build a dream house for us, for the family.  He didn't

1    want to live close to the kids.  He wanted to have his bedroom

2    and his office in the top of the house, and he wanted the kids to

3    be in the lower place.

4    Q    But that house was never built, correct?

5    A    No.  Ryan got a conflict with the designer, the person who

6    was designing the house.  And that was a promise and that was a

7    dream.  We sold the house to get this money for building this

8    house.

9    Q    All right.  Please turn to Exhibit 220, 2-2-0.

10   A    Yes.

11   Q    So this document indicates that the lot that was purchased in

12   2020 was sold in 2022, correct?

13   A    Yes.

14   Q    Well, doesn't that indicate that Mr. Morrison didn't want to

15   build a house on Whidbey Island to live on?

16   A    Well, he say that he needed that money to buy a new house.

17        Let me see, please.

18        We sold the lot in 2022, October 2022.  Ryan say that it was

19   more expensive and it was going to take more time building a

20   house than buying a house that was already built.  That's why he

21   made offers to houses that were already built.

22   Q    All right.  But this document indicates to me that

23   Mr. Morrison speculates on real estate?

24   A    Is that your opinion?

25   Q    Well, I mean, he made a 270,000 gross profit on the Lone Lake

1    home and then he made a $70,000 profit on the lot, correct?

2    A    Yeah.  He's a very smart guy.

3    Q    Uh-huh.

4         And so it's not necessarily the case that if he makes an

5    offer on a property, I don't know, in Clinton or Anacortes --

6    A    That's your opinion.

7    Q    -- that he actually intends to live there?

8    A    That's your opinion.  I already explained that.

9         THE COURT:  Just one second.  Wait until he completes

10   his entire question, then you can answer, but if you interrupt,

11   the court reporter can't get an accurate record.

12        THE WITNESS:  I'm sorry.

13        THE COURT:  So, counsel, repeat the question.

14   Q    (By Mr. Bennett:)  I think you just testified that

15   Mr. Morrison is very smart in dealing with property, correct?

16   A    I think he's very smart in a lot of things.

17   Q    And so if Mr. Morrison puts a house on an island -- or,

18   excuse me, a house in Clinton or Anacortes, it doesn't

19   necessarily indicate that he means to live there, correct?

20   A    I -- I don't agree with you.  That's your opinion.  I have a

21   different opinion.  I already gave my explanation.

22   Q    Please turn to Exhibit 218.

23   A    Yes.

24   Q    Actually, I withdraw that question.

25        All right.  Please turn to Exhibit 219.

1    A    Yes.

2    Q    And Exhibit 219, this is a list of visits that R.E.M. has

3    made to a pediatrician?

4    A    Yes.

5    Q    Okay.  And where is the pediatrician located?

6    A    In Freeland.

7    Q    All right.  If you go down to the list, it shows that on

8    March 6th, 2023, there was a visit classified as "Generic,"

9    correct?

10   A    I'm sorry.  I want to take a minute to --

11        THE WITNESS TO THE INTERPRETER:  I didn't understand.

12        THE INTERPRETER:  Your Honor, the interpreter is just

13   reminding the witness that I am not allowed to explain anything.

14   That if she doesn't understand something, I cannot help her with

15   that.  I can only interpret what is being said.  If any questions

16   arise, she has to ask the questions to the other party.

17        THE COURT:  That's correct.

18   A    I'm sorry, Mr. Bennett.  Can you please repeat the question?

19   Q    Okay.  On the first page of Exhibit 219, it shows there was a

20   visit made on March 6th, 2023, correct?

21   A    Yes.

22   Q    That was at an in-person visit?

23   A    I don't do this chart.  I just printed this chart from the

24   website.  I want to believe that it was in person.

25   Q    Would the visit have been with you along with R.E.M.?

 1    A    I guess so, yes.

 2    Q    So you don't recall this visit?

 3    A    Well, you're asking me for specific questions.  I remember

 4    taking E████ to the pediatric as soon as we came to Whidbey

 5    Island.  I took him to the pediatrician and I was requesting for

 6    evaluations and a psychologist for him.  That must be that.

 7         If I have the report, if I could see the medical report, I

 8    can give more details.  I'm just trying to remember and answering

 9    with what I think we're talking about.  But it seems that it was

10    the visit when I took E████ to the pediatrician as soon as we

11    were on the island.

12    Q    All right.  The next question is, how did you get E████

13    from Mexico back to Whidbey Island?

14    A    I already explained this, but I'm happy to explain it again.

15    Q    Please do.

16    A    We crossed the border from Tijuana to San Diego walking.  I

17    didn't have any passport for E████, but I was able to get his

18    birth certificate.  We went through ...

19                   (The interpreter and Ms. Chang confer.)

20                   THE INTERPRETER:  At the border crossing.

21    A    We were at the border crossing.  I was shaking.  And E████

22    say to me, "Mom, I want to go home."  So they asked me, "What is

23    the reason of your visit?"  I pointed to my son and I said, "I

24    came to pick him up."  I gave my documentations, they look at it

25    in the system, and they said, "Welcome to America."

1   Q    Was this on the Mexican side or on the United States side?

2   A    At the border when you are crossing, you are in Mexico

3   crossing to the U.S.

4   Q    All right.  Please turn to Exhibit 226.

5   A    Yes.

6   Q    All right.  And this is an e-mail that was sent May 6th,

7   2020, correct?

8   A    Yes.

9   Q    Your e-mail is down at the bottom?

10  A    Uh-huh.

11  Q    Who is Randy Bonds?

12  A    Randy Bonds was my boss.  I was working for Travel Yucatan.

13  It's my former boss.

14  Q    All right.  And at this point in time, you were living in

15  Buena Vista, correct?

16  A    Yes.  COVID was happening, yes.

17  Q    All right.  This e-mail indicates you started a company, 911

18  Organic?

19  A    It's not a company.  It's a -- it was not official.  We were

20  just delivering food to the doorstep.  And we did this activity

21  for two months, from, I think, April to May.  We came back to

22  Whidbey, to our house, in June.

23  Q    All right.  And then about five --

24  A    In my e-mail, it says, "It is a good family activity and we

25  are eating healthy.  Fresh beets, carrots or tomatoes juices at

 1  least once a week."

 2  Q    And then further down in the e-mail, you say, "Our house is

 3  still under construction," correct?

 4  A    Yes.

 5  Q    And is that the house in Buena Vista?

 6  A    Yes.

 7  Q    The Buena Vista house, it has three levels, correct?

 8  A    Yes.

 9  Q    You and Mr. Morrison and the children lived on the second

10  level, correct?

11  A    Ryan was changing his bedrooms all the time.  He was sleeping

12  in the middle in one room, in another room, in the top floor, in

13  the main bedroom.  So we were just in the whole house until we

14  started using it for Airbnb.

15  Q    And when you used it for Airbnb, did you just rent out the

16  third floor?

17  A    We have the Airbnb set for just the penthouse, that's how we

18  call it, or the middle part, or everything, the middle and the

19  penthouse.  We can open the calendar and you can set it as you

20  wish.  Like we have like even, I think, three -- like three

21  choices.  You can rent one bedroom, you can rent the whole middle

22  part, or you can rent the penthouse or you can rent everything.

23  Q    All right.  But it's not true that if you had an Airbnb guest

24  at the house, you couldn't be there, living there, correct?

25  A    No.  The calendar for renting the whole house was open in

1   June, because we were not going to be there, and we already had

2   clients for November, December, January, February, and March,

3   renting the full house.

4   Q    Well, those clients can be canceled at any time, right?

5   A    No.  They already paid.  It works like they pay in advance.

6   So that's why -- we receive the payment once they are in the

7   house, but the guests have to pay in advance.

8        And there's different policies.  Like you can set your Airbnb

9   in different ways.

10  Q    Please turn to Exhibit 235, 2-3-5.

11  A    Excuse me.  Did you say 235?

12  Q    Yes.

13       Exhibit 235, that is, I guess, an employment letter from the

14  South Whidbey Children's Center to you, correct?

15  A    Yes.

16  Q    All right.  And Caitlin Voss is the person who wrote the

17  letter?

18  A    Yes.

19  Q    And the letter states, in the first sentence, you signed a

20  contract in September 2022 to work for South Whidbey Children's

21  Center, correct?

22  A    That's when I signed the contract.  I did start working

23  before.

24  Q    All right.

25  A    By the way, Ryan went with me when I signed that contract.

1    He wanted to make sure that I was -- he got mad because I was

2    signing documents without his permission.  He say that I should

3    never sign anything without consulting with him first.  And when

4    I signed this contract, he went with me.  So he was next to me

5    when I was signing the contract, and Ms. Voss was in front of us.

6    Q    Okay.  Please turn to Exhibit 19.

7    A    Yes.

8    Q    Is that a -- just down at the bottom of the first page of

9    Exhibit 19 and then on to the second page of Exhibit 19, that's

10   an e-mail from you to Ms. Voss, correct?

11   A    Yes.

12   Q    And you wrote that e-mail in June, on June 20th of 2022,

13   correct?

14   A    Yes.

15   Q    And you stated, "We're back to the island for the summer,"

16   correct?

17   A    Yes.

18   Q    So referring to page 1 of Exhibit 219, isn't it true that

19   Ms. Voss offered you a job right away, like in June 2022?

20   A    Yes.

21   Q    But you didn't take the job, did you?

22   A    No.  I was waiting for Ryan to see and plan what we were

23   going to be doing.  He wanted to go to Boise or Texas or

24   anywhere.  So I couldn't make a big commitment.  I explained them

25   my situation.  I said that we are here to stay, but Ryan may have

1   other plans and something may come up later.

2       I have been honest with my job also, like I cannot make big

3   commitments until I was able to make a big commitment, and that's

4   when we signed the contract.

5   Q   But if it had been your and Mr. Morrison's mutual intent to

6   relocate to Whidbey Island permanently, you would have started

7   work in June, wouldn't you have?

8   A   Yeah.  That was six months -- six days after we came to

9   Whidbey.  This e-mail was just six days after we came to Whidbey.

10  We wanted to stay.  We wanted to do things.  But as I said,

11  Mr. Morrison was all over the map, all over the places.  I said

12  to Ryan, "I want to settle down in one place.  I don't want to

13  move anymore.  Here is where we are.  This is a great place to

14  raise a family.  Your family is here.  We know this community."

15      R███ was enrolled for the second time.  He knew his teachers,

16  his friends.  This is where we call home.

17  Q   All right.  And did you enroll R.E.M. for the summer of 2022

18  in a day care?

19  A   We enroll him for the whole year.

20  Q   Okay.  And isn't it true that if you work at the day care,

21  you don't have to pay day care fees for your child who is

22  enrolled there?

23  A   The days that I'm working, I don't have to pay.  For the

24  other days that I'm not working, I have to pay.

25  Q   All right.  But how much did you pay over the summertime for

 1   R.E.M. to be enrolled in that day care?

 2   A   I don't -- I don't know that answer.  Maybe -- I will just

 3   come up with 300, but I cannot tell you.

 4   Q   All right.  Then please turn to Exhibit No. 20.

 5   A   Yes.

 6   Q   And these are text messages between you and Ryan's sister,

 7   whose name is Amber, correct?

 8   A   Yes.

 9   Q   And in this, on Exhibit No. 20, you indicate to Amber, you

10   say, "I think we will stay here for some weeks"?

11   A   Yes.  I already said this was June 17th.  We just came back

12   June 14th.  So this is three days after we came.

13   Q   All right.  Did -- never mind.  I withdraw that.

14       All right.  Please turn to Exhibit 201.

15   A   Yes.

16   Q   Exhibit 201, that's the lease for, I guess, a house on

17   Whidbey Island, correct?

18   A   Yes.

19   Q   And this is the house that you leased in December of 20 -- or

20   sorry, 2022, correct?

21   A   Yes.

22   Q   And page 2 of Exhibit No. 201 indicates that you signed the

23   lease agreement, correct?

24   A   Yes.

25   Q   And Mr. Morrison did not sign the lease agreement, correct?

1    A    That's correct.

2    Q    And you testified earlier that Mr. Morrison didn't want to

3    rent any properties on Whidbey Island, correct?

4    A    No, he didn't want to rent a house for the family.

5    Q    And that's because Mr. Morrison didn't want to live on

6    Whidbey Island, correct?

7    A    I don't -- I disagree with your question.  I think he made

8    offer, and I'm sure that he made offers to buy houses on the

9    island.

10   Q    But you don't know whether he intended to have the family

11   live in any of those houses, correct?

12   A    No.  Of course he was buying a house for us to live in the

13   house.  He sold the lot in Freeland in order to have more money

14   to buy a house for us.  He made letters to the owners of the

15   houses saying that we are a nice family, we have two kids, and we

16   want to live in this area.  There's no other place better than

17   Whidbey Island for raising a family.  His family is here.  He

18   grew up here.  We have medical providers.  We have everything.  I

19   have my job back.  Everything is great on Whidbey.  There's a

20   great community.  You can see the people that are here now

21   supporting me, and they have been here with us.  It's a great

22   community.  I couldn't be so more proud of Whidbey Island.  It's

23   an example of community.

24        I live in a tiny home that was built from different churches,

25   and no matter what they believe, they came together and built

1    nine houses for people that may be homeless.  I've never seen

2    something like that.

3            THE COURT:  Counsel, we will take our afternoon recess

4    at this time.

5            MR. BENNETT:  Yes, Your Honor.

6            THE COURT:  15 minutes.

7            THE CLERK:  All rise.

8                      (Recessed.)

9            THE COURT:  Good afternoon, again.  Please be seated.

10    You may proceed.

11            MR. BENNETT:  Thank you, Your Honor.

12    Q    So please turn to Exhibit No. 5.

13    A    Yes.

14    Q    Exhibit No. 5 is, it looks like, some screenshots of ticket

15    purchases, correct?

16    A    Yes.

17    Q    And it looks like the departure is going to be on

18    November 8th, 2022, correct?

19    A    Yes.

20    Q    And you testified that Mr. Morrison approached you with this

21    on his phone and said he needed your authorization to travel or

22    to purchase the tickets, correct?

23    A    He didn't -- he didn't show me that it's a screenshot.  He

24    came with his phone saying that he needed my approval, because he

25    had already bought tickets for R.E.M. to go.  So this -- when he

 1  asked for the petition of the return, I didn't see this before

 2  it.

 3  Q    Okay.  But needed your approval for what is the question.

 4  A    He say that he needed my approval from the airline in order

 5  that he can take E████████ to Mexico, and I say "No" the first

 6  time.

 7  Q    All right.  But he didn't need the approval for the trip in

 8  January of 2023, correct?

 9  A    I don't know.

10  Q    But you didn't give your approval for the trip in January of

11  2023?

12  A    I didn't.  He say that he took a flight from Portland direct

13  to Cabo.  He did say that he took a flight.  I never gave my

14  permission.

15  Q    So you don't know how he was able to travel without your

16  approval to the airline, correct?

17  A    I don't know.

18  Q    All right.  Please turn to Exhibit 200.

19  A    Yes.

20  Q    So this is a copy of the court's temporary restraining order,

21  correct?

22  A    Yes.

23  Q    And this was issued on the same date that you filed a divorce

24  petition, correct?

25  A    Yes.

1    Q    All right.  And then if you turn to page 3 of this document,

2    Exhibit No. 200, you see that it states there "The Respondent is

3    subject to this order from the time that the order is served,"

4    correct?

5    A    Yes.

6    Q    And that means the respondent is not subject to this order

7    before it's served, correct?

8    A    Yes.

9    Q    And so do you recall how service was effected of the divorce

10   papers on Mr. Morrison?

11   A    Yes, Exhibit 21.

12   Q    All right.  So please refer to Exhibit 21.  So this is a

13   declaration of Ryan's mother's neighbor, correct?

14   A    Second declaration of service, yes.

15   Q    All right.  And she says that she got a packet of papers from

16   you and then gave them to Ryan's mother, correct?

17            THE INTERPRETER:  And, I'm sorry, counsel.  The

18   interpreter has a hard time hearing you.  Is there a way you

19   could either speak louder or closer to the microphone?

20       Just consider I'm speaking at the same time as you are.

21            MR. BENNETT:  I have a soft voice, but I will do my

22   best.

23            THE INTERPRETER:  Thank you.  I appreciate it.

24   Q    (By Mr. Bennett:)  Okay.  So Ms. Bright states in her

25   declaration that she got a packet of papers from you and then she

 1   gave them to -- gave them to Mr. Morrison's mother, correct?

 2   A    No.  The papers were supposed to be to Mr. Morrison.

 3   Q    But she handed them to Mr. Morrison's mother, correct?

 4   A    Yes.  You can read.  It is -- she had to explain how exactly

 5   it happened.  Because Ryan was saying at Island County that he

 6   has never been served.

 7   Q    Okay.  But this declaration here, that is Exhibit No. 21,

 8   doesn't say what papers were supposedly in the packet, correct?

 9   A    No.

10   Q    And it was filed in April of 2023, correct?

11   A    Yes, the second declaration.  She made one declaration in

12   December or January, soon after she served the documents.  It is

13   not on the exhibits.  But as Ryan was saying that he has never

14   been served, she had to add more details of what happened.

15        I mean, the court already took the service because Ryan show

16   his driver's license and has Candace's address, and the court

17   also say that he's been filing taxes at Candace's home with the

18   address.  So for the court, for Island County, he's been served.

19   Q    All right.  Please turn to Exhibit 239.

20   A    Yes.

21   Q    And so page 1 of Exhibit 239, it appears that it's a

22   declaration of Fany Chang Cruz regarding personal service of Ryan

23   Morrison, correct?

24   A    Yes, that's correct.

25   Q    And it appears to have been filed on April 13, 2023, correct?

1    A    Yes.

2        This was another -- a second declaration that my mom had to

3    do because Ryan was saying that he was -- never been served or

4    there was something wrong with the dates of service.  So, again,

5    they had to explain the situation.

6    Q    And so the declaration that comprises the first part of

7    Exhibit 239 indicates that the personal service was effected on

8    January 11th, 2023, correct?

9            THE INTERPRETER:  And, I'm sorry, counsel.  Again, the

10   interpreter can barely hear you.  Do you mind repeating what you

11   just said?

12           MR. BENNETT:  Sure.

13   Q    The declaration in the first part of Exhibit 239 indicates

14   that service was made on January 11th, '23, correct?

15   A    Excuse me.  Yes.

16   Q    All right.  But if you turn to the last three pages of

17   Exhibit 239, you see another proof of personal service, correct?

18   A    Yes.

19   Q    And if you turn the page, the document indicates it was

20   signed on January 19th, 2023, correct?

21   A    When?  Excuse me?

22   Q    January 19, 2023.

23   A    I don't see that date.

24   Q    Okay.  On the last page of Exhibit 239, which is the proof of

25   personal service --

 1    A    Yes.

 2    Q    -- it indicates that the document was signed on January 19th,

 3    2023, correct?

 4    A    Yes.

 5    Q    It also appears that it was notarized on January 19, 2023, by

 6    a Mexican notary, correct?

 7    A    Yes.  And that's why she had to make a second declaration,

 8    explaining that when she took these documents to the notary, it

 9    was January the 19th.  We live in a small town.  They have to

10    drive all the way to La Paz in order to find this notary.  And

11    they put the date as January 19, 2023.  But it was served.

12         That's the whole point of the second declaration, explaining

13    that she gave the documents on January 11th, and four days after,

14    Ryan took my parents out of the house.

15         And I think I -- we can read together, if you want, but

16    that's the reason why she's explaining why it has the date 19,

17    but she actually served Ryan on January 11th.

18    Q    Well, I'm confused.  So this proof of personal service says

19    she handed Mr. Morrison documents on January 19th, correct?

20    A    Okay.  We can read it together.  I haven't read it again, but

21    we can read it together, if you are confused.

22    Q    So the first page of this Proof of Personal Service, which

23    was signed and notarized on January 19th, 2023, it says, at

24    Section 3, "Date, time, and address of service.  Date:

25    January 19, 2023"; isn't that correct?

1   A    Are we talking page 1 of 3 on the first Exhibit 239?

2   Q    No.  We're talking about the last two pages of Exhibit 239.

3   A    Yes.

4   Q    So the last two pages are a proof of service, correct?

5   A    Yes.

6   Q    And the last two pages of Exhibit 239 indicate that the

7   documents that Section 4 lists and checks were served on

8   January 19th, correct?

9   A    Yes, it was notarized on January 19th.  I think that I found

10  what is your question or your -- that you are confused.

11       If we go to page 2 of Exhibit 239, it says -- well, first, it

12  says, "On January 11, 2023, I served the court documents listed

13  in the declaration of service for this case to Ryan Morrison by

14  handing the documents directly to Ryan Morrison ..."

15       If we go to Page No. 2, paragraph 3, it says, "On

16  January 19th, my daughter sent another Proof of Service form

17  directly to the notary.  On the same day, my husband and I drove

18  almost an hour to the notary's office to sign the document.  The

19  notary filled in the date of service line with the date of

20  January 19th and the time of 11:00 a.m.  This is the time I

21  signed the document, not the time and date that I handed the

22  documents to Ryan.  Everything else on the document is correct.

23  I did not realize the date the notary put on the form was a

24  problem.  I have never done this before.  I signed this document

25  in the notary's presence on January 19th, 2023.  That is not the

1    date I served Ryan.  Please see Exhibit B.

2        "I am providing this declaration to try and clarify what

3    happened.  To make it clear, I did personally hand the listed

4    documents on each of the above referenced to Ryan Morrison on

5    January 11th, 2023, at 4:30 p.m."

6        Just a note.  After my mom serve Ryan with these documents,

7    he put a barricade in the house, preventing my parents to go to

8    the middle part of the house and preventing for talk to E█████

9    or to Ryan.  And Ryan filed a complaint in Baja California, in

10   Buena Vista, saying that my parents tried to kidnap E█████.  And

11   the police show up that night, because my parents called the

12   police, because Mr. Morrison did not return home until very late

13   and they were worried, they didn't know where E██████ and Ryan

14   was -- were.

15   Q    All right.  So you have got conflicting proof of service

16   declarations, correct, about when Mr. Morrison actually received

17   the documents, correct?

18   A    I don't.

19   Q    At least on the dates, right?

20   A    I don't.

21   Q    And there was a temporary orders hearing held and a contempt

22   motion hearing held in Island County Superior Court on

23   January 23rd, 2023, correct?

24   A    Yes, that's correct.

25   Q    And Mr. Morrison didn't appear at the hearing, correct?

1  A    No.  Mr. Morrison appeared after E████ was brought back to

2  the U.S.  And it is in my Exhibit 243, with my exhibit, my list.

3  In my Exhibit 241, where it says that the Respondent Ryan

4  Morrison appeared in this case after Petitioner Fany Morrison

5  brought the child back to Island County.

6        Mr. Morrison knew about this divorce, and Mr. Morrison was

7  trying -- he asked me many times, I already show in the exhibits,

8  he was telling me to drop off everything of the documents and

9  legal proceedings in the U.S. before he can bring E████ back

10 home, even when he was at risk.

11 Q    All right.  Mr. Morrison didn't file anything for the

12 January 23rd, 2023 temporary orders hearing, did he?

13 A    That question has been asked and answered.  Mr. Ryan Morrison

14 did not appear in this case until after respondent, me, brought

15 the child back to Island County.

16 Q    All right.  So the date of service, January 11th, 2023, was

17 that date chosen for the second proof of service declaration for

18 any particular reason?

19 A    In that hearing, a lot of things happened.  I am not an

20 attorney, but I know that the parenting plan was signed that day.

21 I was granted full custody and sole custody of E████ -- R.E.M.,

22 and Ryan got visitations.

23       In that hearing, also, there was the contempt hearing order,

24 when it says that "Ryan Morrison unilaterally changed the child

25 of this marriage's residence on January 3rd, 2023, by keeping the

1  child without the mother's consent and not returning the child to

2  the mother's residence."

3      In that, the same order, the same day, No. 13 of the same

4  contempt order, "The child of this marriage, R███ E███████

5  M██████, is to immediately be returned to the petitioner's

6  custody.  Prior to his removal on January 3, 2023, R.E.M. was

7  habitually a resident of Island County, Washington, in the United

8  States of America, in the residence of the petitioner.  The child

9  was wrongfully removed to Mexico by the respondent without the

10 petitioner's knowledge or consent.  This was a violation of the

11 petitioner's rights and the petitioner was exercising her legal

12 rights to the child at the time of the child's removal by the

13 respondent.  At the time of the removal, there was a valid Island

14 County Superior Court Restraining Order in effect ordering the

15 child to continue to reside in the petitioner's home."

16 Q    Okay.  But the question was, why is the date January 11th,

17 2023 significant with respect to this hearing that occurred on

18 January 23rd, 2023?

19 A    I am not an attorney.  I don't know the answer.  I was -- I

20 have been doing what my attorneys said.  You have to serve Ryan

21 this date, you have to submit your responses this date.

22      With the experience that I have now, I want to believe that

23 that was like 17 or 15 days or the timeline that he has to be

24 served in order to have a hearing for contempt or the next

25 hearing.

1  Q   It's actually 12 calendar days, correct?

2  A   I'm not an attorney, but I know that there's a certain time.

3  Q   So you had the first proof of declaration that says service

4  happened on January 19, which is only four calendar days before

5  the hearing, and then you have a second one by your mother,

6  signed, and it says that it's actually January 11th, 2023,

7  correct?

8  A   Yes, that's correct.  And that she made the declaration

9  explaining this situation so it is not confusing for anyone.  But

10 it looks like she --

11 Q   So the contempt hearing order is Exhibit 202, correct?

12 A   Yes.

13 Q   And your attorney wrote that order, correct?

14 A   It was the judge who asked to add some language.  And, yes,

15 my attorney was there.

16 Q   So this is basically your attorney's recitation that Island

17 County was the habitual place of residence and all of the other

18 things, correct?  That there was valid service, that Mr. Morrison

19 departed the county in violation of a temporary restraining

20 order?

21 A   Well, that was -- that was the motion that we were asking.

22 Q   And Mr. Morrison didn't get any input to this document

23 because he wasn't at the hearing, correct?

24 A   This question has been asked and answered.  Do you want me to

25 answer it again?

 1              THE COURT:  Counsel, let's move on.  Ask another

 2    question.

 3    Q    So you testified that you started something with the FBI,

 4    correct?

 5    A    Yes.

 6    Q    Nothing ever became of those cases, correct?

 7    A    I already said in my testimony that I check the status of the

 8    case and this is still under investigation.  The last time that

 9    they called me was in November 2022 -- no, 2023.

10    Q    Okay.  And do you know what the current status of that is?

11    A    I already answered that.  It is under investigation.  I

12    checked it last night.

13    Q    But you don't have any documentary evidence to show that it

14    is?

15    A    Well, I had the screenshot that I took in May, and nothing

16    has changed.  And it's in my Exhibit 207.

17    Q    Please turn to Exhibit 210, 2-1-0.

18    A    Yes.

19    Q    All right.  This purports to be a text message that

20    Mr. Morrison sent you on February 24th, 2023, correct?

21    A    Yes, that's correct.

22    Q    But this is not the complete text message, is it?

23    A    Well, in the translation is the message, complete message.

24    The screenshot is cut.

25    Q    Okay.  But this isn't the complete message, correct?

1    A    No, it's not complete.

2    Q    Do you recall what the rest of the text message said?

3    A    I will read it and I will try to remember.  Please give me a

4    moment.

5         I think that he is saying that no one will help him.  No one

6    help -- it says, "I tried to protect you, D███████, and your

7    parents, but none of you," and it's cut.  And I think that he

8    said that nobody of us help him.

9    Q    All right.  You testified earlier that Mr. Morrison told you

10   that he had got a restraining order against Miguel Rubalcava?

11   A    Yes, he did.  And I have a text.  It's not in my exhibits.

12   Q    All right.  So essentially he sent you a text message on

13   February 25th, 2023?

14   A    If you could please show me the text, I would be happy to

15   explain.  Do you have it with you?

16   Q    But you did know that Mr. Morrison had obtained a restraining

17   order against Miguel?

18   A    Yes.  Ryan say that to me, "I got a restraining order

19   against Miguel."

20   Q    So is it your position that you thought your son was in

21   danger, which is why you had to go down to Mexico and take him?

22   A    Yes.

23        In this text, it states that Miguel is talking about

24   kidnapping R.E.M.  That's, for me, a great risk.  You know my

25   story now about Miguel.  Ryan was not making rational decisions.

1      I -- Ryan, in my Exhibit twenty -- 244 he explains,

2  "Got {sic} Fany to sign a new divorce agreement offer" --

3            THE COURT REPORTER:  I am sorry.  You need to start

4  over.

5            THE WITNESS:  Sorry.

6  A    In the Exhibit 244, Ryan is saying to Damon Arndt, "Got {sic}

7  Fany to sign a new divorce agreement offer.  If my lawyer thinks

8  it is binding, we sign and leave here."  Damon say, "I understand

9  that leaving is not your first choice, but whatever is happening

10  between you and Fany should not put E██████ at risk."  Ryan

11  Morrison said, "I will die here if I must, and the blood will be

12  on Fany and her parents ..."

13  Q    All right.  Please turn to Exhibit No. 10.

14  A    Excuse -- excuse me.  I want to read something.  I'm not

15  going to say the bad words.  But in this exhibit, it says, "I am

16  coming to get you, coward.  This is the type of -- Miguel sends

17  me."

18      So that's the message that Ryan sent to Damon, so ...

19  Q    All right.  Please turn to Exhibit No. 10.

20  A    Yes.

21  Q    And Exhibit No. 10, that's D.D.M.'s first birth certificate,

22  correct?

23  A    Yes.

24  Q    All right.  And this birth certificate is correct in all

25  regards; is that true?

1    A    Yes.

2    Q    Yeah.

3         With respect to the child's name?

4    A    Yes.

5    Q    With respect to the child's father?

6    A    Yes.

7    Q    And with respect to where the child was born?

8    A    Yes.

9    Q    All right.  Please turn to Exhibit No. 11.  And so Exhibit

10   No. 11 is D.D.M.'s other birth certificate, correct?

11   A    Yes.

12   Q    And how was this document created?

13   A    I went to Chiapas with my parents, Miguel took me to the

14   airport, and he didn't want to know anything about our son, and I

15   went to the office and I say that I wanted to have a birth

16   certificate for my son and I say that I was a single mom, and

17   they ask for the names, my name, and that's how I got it.

18   Q    All right.  Did you show them the first birth certificate

19   when you applied for the second?

20   A    No, I didn't.

21   Q    And the second birth certificate indicates that the state --

22   well, let me see.  Well, it indicates the child has no father,

23   correct?

24   A    Yes.

25   Q    And you say Mr. Miguel Rubalcava agreed to this?

1    A    He did not agree at the time, like I didn't tell him.  I tell

2    him when I came back and I told him what I did -- I felt like he

3    should know -- and he was okay with that.  He's been using these

4    birth certificates his whole life.  He enrolled D.D.M. to school

5    using this birth certificate.  He was okay.

6    Q    All right.  I would like to refer the witness to what's been

7    marked as Exhibit 31.

8            THE CLERK:  This is a new one.  This is a new exhibit.

9            MS. CHANG MORRISON:  Thanks.

10   A    Yes.

11   Q    And so this is, I don't know, the photo page of D.D.M.'s

12   passport, correct?

13   A    Yes.

14   Q    And it indicates that D.D.M. was born in Chiapas, correct?

15   A    Yes.

16   Q    But that's not where D.D.M. was born, correct?

17   A    No.  I gave the birth certificate, the second birth

18   certificate, for everything:  for schools, for medical things,

19   for passports.  We have been using the second birth certificate

20   of D.D.M. forever, except when I went and I asked for custody,

21   after we were married.  Well, I already explained my situation

22   with Miguel, and he didn't want to be involved.  He was on and

23   off.  He didn't care that D.D.M. had a second birth certificate

24   and he wasn't in there.  He's been using that, as I said before.

25   Q    So if Miguel Rubalcava, the child's father, is not interested

1   in, I don't know, being on the child's birth certificate or

2   doesn't want to visit him, why are you afraid that he's going to

3   come and take your son?

4   A    Because he did.  Because he didn't let me see him for 14

5   nights.  I already explained this.  I have been so scared.  This

6   is not easy for me to answer.  I -- it's been taking a lot of

7   counseling to overcome to this trauma.  It wasn't easy.  It is

8   not easy when someone takes your child without letting you know

9   and doesn't let you to see him.

10       Ryan did the same thing to me and he stopped video visits

11   with E███████.  He said, "You are just making him feel bad.  Stop

12   telling him about Freeland and the house and the horses.  He only

13   wants to go there.  Stop talking to him about that."  And he

14   didn't let me talk to him.  It's ...

15       Mr. Bennett, I am so sorry, but this is not easy.  You are

16   asking questions that are really hurtful.  I understand that it

17   is your job and I want to be calm.  This is a mom that is saying

18   that they took their child two times.

19       I already explained why I have two birth certificates.  I

20   have done everything that's been in my power and the resources

21   that I had in order to protect them.  I'm not saying that

22   everything has been correct.  I'm not saying that I'm proud.  I'm

23   saying that, as a mom, I did what I had to do with the resources

24   that I had at the moment.

25       I didn't want to go to Mexico.  I was so scared.  I felt

1   truly -- I truly felt that E█████ was in danger.  And the judge

2   in Island County did what she did, she could.  She put a contempt

3   order.  The FBI sent a letter to Mexico.  E█████ is in danger to

4   be kidnapped.  And who's going to do something?

5        His dad was there and he was doing nothing.  He was asking me

6   to drop off the legal documents before he can come to the United

7   States.

8   Q   And so that history is what justifies you obtaining a

9   passport for D.D.M. with false information?

10  A   I was not only doing that.  I was enrolling him to school, I

11  was taking him to medical appointments.  I not only did a

12  passport.  I did a lot of things for him with a second birth

13  certificate.  I have been the primary caregiver for both of my

14  children.

15  Q   All right.  You testified earlier that Mr. Morrison withheld

16  documents from you, correct?

17  A   Can you repeat the question, please?

18  Q   You testified earlier that Mr. Morrison withheld documents

19  from you, correct?

20  A   Yes.

21  Q   All right.  And you're assuming Mr. Morrison took those

22  documents with him to Mexico?

23  A   I am not assuming.  He did.  He returned some of them, and I

24  asked, and I had a conversation text with him saying, "Ryan, I

25  cannot find the TB test," something, and he said, "Can you wait

1  until I return?"

2  Q   All right.  But the documents you said that Mr. Morrison took

3  to Mexico were actually in the back of his -- in the trunk of his

4  car, which was parked at his dad's house, correct?

5  A   I don't know.  I have no idea.  He never say that to me.  He

6  never say that my documents, my passport and my green card, and

7  E█████'s, and everything was -- I didn't know that he had a car

8  parked at his dad.  He say that he drove to Portland, and from

9  Portland, he took a flight.

10  Q   All right.  So you requested those documents at the end of

11  January, correct?

12  A   No.

13  Q   No?

14  A   In November, I asked him -- or November or December, I don't

15  remember when they were asking me for those documents, and Ryan

16  said, "Can you wait until I return?"  It must have been November.

17  Q   So in February of 2023, you received documents from Damon,

18  who I guess is the mediator, correct?

19  A   He's not a mediator.  I did receive some documents that I

20  think were dropped off by Wayne, Ryan's dad.

21  Q   But you didn't get those documents until you asked for them,

22  correct?

23  A   No.  I have never -- I asked for those documents, and they

24  were never returned to me until Mr. Morrison decided to return

25  those documents.

 1   Q    All right.  Mr. Morrison --

 2   A    I -- I want to say something.

 3        When I started the Hague Convention, you know that they ask

 4   for originals and translations in both languages.  I had

 5   nothing -- nothing, zero documents -- to start the Hague

 6   Convention.  And I had to start to go and get the birth

 7   certificates and try to get birth certificates from Mexico and

 8   marriage certificate, passport.  Do you know how difficult?  I

 9   went to the senator, to the office, and I said, "I need a

10   passport, I need a green card, I have to go and take and recover

11   my child."

12        I'm just a mom that has been very diligent on doing

13   everything that people have been asking me, in order to keep

14   standing up for him and standing up for me.

15        Ms. Victoria here, she knows that one day after, before the

16   hearing, she said, "You have to come with binders and exhibits

17   and put in tabs."  I'm one person.  I don't have an attorney.  I

18   call my friends, and we worked together for four, five, six

19   hours, in order to have this ready.

20        I will do everything that I need to be here and to speak up

21   and tell my truth and do what I think is the best for E██████,

22   E -- R-E-M.

23   Q    And isn't it true that you spent New Year's Eve 2022 with

24   Mr. Morrison and Ms. Jordan at your place, at your house?

25   A    Yes.  I invited the whole family.  I didn't want to invite

1   Ryan's dad because when I brought up the idea that Ryan may have

2   a mental health issue -- I'm just going to say it like that -- he

3   say that I was talking to his back.  And I was just worried about

4   him.  I was sending information about narcicisstic personality

5   disorder and I was sending information about some counselors, and

6   he took it wrong.  So it wasn't like I really wanted to invite

7   him, but Ryan said if you don't invite him, my other sister is

8   not going to come, and I said, "You know what, you are all

9   welcome to come."  I just started cooking since 5:00 in the

10  morning for everyone, and only Candace show up.

11  Q   And can you characterize Mr. Morrison's behavior and demeanor

12  on New Year's Eve of 2022/2023?

13  A   He was like always.  He didn't -- he has, like, not a lot of

14  patience.  He was getting in conflict with his mom, but that's

15  always how it's been.  I am the one that has been standing up for

16  Candace.  I told many times to Ryan, like, "Don't talk to your

17  mom like that," and he's been saying, "Stay away from this.  This

18  is my mom."

19  Q   But he didn't act like he had just been served divorce papers

20  the day before, correct?

21  A   I was in the middle of something.  Can you repeat your

22  question?

23  Q   So on New Year's Eve of 2022/2023, Mr. Morrison did not act

24  like he had just been served divorce papers the day before,

25  correct?

1    A    Well, it's hard to say.  I think that we were all just trying

2    to be together and go through Christmas and go through New

3    Year's.  You know how it is when you have kids.  You put all of

4    those things aside and you are just trying to make good memories

5    and have a good time.  I knew about it.  Candace knew about it.

6    I'm sure Ryan knew about it.

7    Q    All right.  Please turn to Exhibit No. 16.

8    A    Yes.

9    Q    Do you recognize Exhibit No. 16?

10   A    Yes.

11   Q    What is it?

12   A    It's my ID from Mexico.  I think I got this through -- during

13   COVID, when we were stuck in Mexico, there was nothing to do.  I

14   don't think that I had an ID, and it's important for a Mexican

15   to -- it's your identification.

16   Q    And is it a true and accurate copy of your identification

17   card?

18   A    I haven't seen my card, but I guess it -- this is an accurate

19   copy.

20   Q    All right.

21             MR. BENNETT:  Your Honor, I would move to admit

22   Exhibit 16.

23             THE COURT:  Any objection?

24             MS. CHANG MORRISON:  No.

25             THE COURT:  Exhibit 16 is admitted.

```
 1                     (Exhibit No. 16 admitted.)

 2   Q   All right.  And your identity card lists your domicilio, your

 3   domicile, as Buena Vista, correct?

 4   A   Yes.

 5   Q   Please turn to Exhibit 243.

 6            THE COURT:  Why don't we take a stretch break, to give

 7   everyone a chance to stand and stretch.

 8                          (Stretch break.)

 9            THE COURT:  All right.  Please be seated.

10        Please continue, counsel.

11   Q   (By Mr. Bennett:)  So Exhibit 243, that's an excerpt from, I

12   guess, a sealed GAL report.  It was filed in Island County

13   Superior Court, correct?

14   A   Yes.

15   Q   It was originally filed under seal, correct?

16   A   Yes.

17   Q   All right.  If you turn to the third page of Exhibit 243,

18   which if you look down at the bottom, it says "Page 62 of 63,"

19   and you go down to the, I don't know, second paragraph of this

20   page, you see a statement -- this is for Mexico visitation --

21   "E▮▮▮▮▮  shall be allowed to travel for a single week-long visit

22   to the family home in Mexico," correct?

23   A   Yes.

24   Q   All right.  And then the GAL who wrote this, that's David

25   Goldman, correct?
```

1    A    Mr. David Goldman is the guardian ad litem, yes.

2    Q    Why does Mr. Goldman believe that your family home is in

3    Mexico?

4    A    I cannot answer questions for him.  I think he should answer

5    those questions.  Just providing this is "Mexico Visitation."

6    That's the name of what he's saying.  And he's recommended that

7    after having a forensic evaluation of both parents, "if the

8    evaluation report does not recommend against a visit to Mexico,

9    E███████ shall be allowed to travel for a single week-long" -- "a

10   single week-long visit to the family home in Mexico."

11   Q    All right.  Please turn to Exhibit No. 25.

12   A    Yes.

13   Q    So you testified earlier that Mr. Morrison was arrested for

14   violating the parenting plan, correct?

15   A    Yes.

16   Q    All right.  Do you recall what happened to that case?

17   A    Yes.  I was -- I took our son to counseling, and according to

18   what I know, it says that he shouldn't be present unless the

19   counselor asks for his presence.  So I came in.  He was there.

20   E██████ didn't want to have an appointment.  He started crying,

21   Ryan came to me and said, "Let's go to the park," and I say,

22   "No."  He say, "Yes, let's go to the park," again, and I say,

23   "No."  Again, I had to say "No.  There's a restraining order."

24        I am not interested in being close to Mr. Morrison by myself.

25   I am trying -- at that point, I was more scared of him.  I don't

1    know how he would react.  I know how he twisted information, and
2    I know that I can be in big trouble for saying or doing
3    something, and he will put it in another context.
4         I did not want to be with him.  He asked for that twice.
5         I had to take E████ -- R.E.M. with me.  Once that I was
6    home -- that was in Coupeville.  Once that I was home, I was able
7    to call the police and explain them what has been happening.  I
8    have been documenting with the police everything.  They said,
9    "Okay.  Fine."
10        We went and had dinner with friends, and we were in the
11   swimming pool.  That afternoon, E████ started having pee
12   accidents and pooping himself.  I didn't know anything else.  The
13   guardian ad litem called me days after.  Oh, he send me an e-mail
14   saying, "Can you explain me what happened today?"  And I say,
15   "David, can you please be more specific?  This is what I did in
16   the morning, this is what happened in the afternoon, this is what
17   I'm doing now."  And then he called me and say, "You know that
18   Ryan was arrested," and I say, "No, I didn't know."  I didn't
19   know.
20        But Ryan has been picking up E████ at school, and at the
21   time, I had to bring him out of the school because Ryan didn't
22   want to be inside the school because he thought that the school
23   was being -- teaming up with me and he felt that he was not
24   treated well.
25        So I had to take E████ out of the school and bring him to

1  Ryan's time.  And he was very aggressive and he did this to me.

2  And I didn't understand until after, like, oh, it makes sense,

3  he's mad.  He -- that's what -- I didn't know.

4  Q   So Mr. Morrison did not violate a parenting plan or

5  restraining order, correct?

6  A   I receive an e-mail from the prosecutor's office saying that

7  he wanted to talk to me.  I call him back, and he said, "Fany, I

8  am sorry, there is some misunderstanding between the restraining

9  orders and parenting plan.  It is not clear enough.  So Ryan's

10  attorney is saying that the violation is violation of the

11  parenting plan.  You should bring this to the Island County, but

12  it's not something that we're going to do in criminal court."

13      I'm learning now a little bit.  I have more knowledge of how

14  this works.  I've just been trying to report everything.

15      This is not the first time that Ryan show up unexpectedly.  I

16  have been playing pickup Frisbee games, and he show up one day.

17  Even though there's a restraining order and he's saying that he's

18  afraid of me, he's showing up at places.  And he wanted to play

19  while I was playing, so I had -- it was my choice to leave the

20  pickup game.

21      I went into my car and I called 911 to document, and they

22  said, "Well, it's your choice to leave, but, in fact, the person

23  who has to leave is Ryan Morrison."

24      Ryan Morrison was with our son that day, and I remember that

25  I couldn't be close to him, and he say, "Mommy, you didn't say hi

1    to me," and I said, "I am sorry that I couldn't say hi to you."

2         Everything is -- I'm trying to be respectful with his time.

3    When he is with him, I don't want to interfere.  I don't want to

4    be close to him.  It doesn't mean that I don't want to be

5    respectful to him.  I want to be respectful for him.  I think we

6    can have like a -- we need -- parallel parenting is saying that

7    the less communication we have is the better, because it's been

8    said that Mr. Morrison gets in conflicts with people.  He's been

9    suing the person who did our evaluations.  He had a conflict with

10   the person who was going to build the house on the lot in

11   Freeland.  He has a conflict with the Frisbee community now.  He

12   had a conflict with the guardian ad litem, saying that he wants

13   him to be dismissed of the case.  He wants to dismiss the

14   guardian ad litem in this case.  We had medical evaluations.

15   The first medical evaluations with Mr. Scott, I think it's

16   Whitmer {phonetic}, Ryan put a complaint, so now we have to have

17   another -- we have to find another person different than him, so

18   he can do our evaluations.

19   Q    All right.  So on your direct testimony, you mentioned in

20   passing that Mr. Morrison had been arrested for violating a

21   restraining order, correct?

22   A    No.  I say that he was arrested for violating the parenting

23   plan and not the restraining order.  He was arrested, and soon

24   after, he started a complaint saying that I have been beating him

25   up.  And the police call me saying, "Fany, you know that Ryan was

1    arrested, and now he's saying that you have been beating him up."

2    I was so scared.  I'm always scared of how he will react, what is

3    going to happen.  Here I am here today in federal court.

4    Q    But you didn't mention that the violation didn't happen and

5    the prosecutor dropped charges, correct?

6    A    I didn't follow up.  That's what the prosecutor office say to

7    me.  I think there are no charges.  He's here today.  And I don't

8    know how this works.  It's the first time that I am seeing this

9    exhibit.  Well, you showed this exhibit yesterday, I think.

10            MR. BENNETT:  All right, Your Honor.  I have no further

11   questions at this time.

12            THE COURT:  All right.  Now he's completed his

13   cross-examination.  Is there additional testimony that you would

14   like to offer in response to the questions that he's asked of

15   you, any additional testimony?

16            MS. CHANG MORRISON:  I just want to go through one of

17   the exhibits and see if it was entered.  It is the exhibit where

18   Ryan says that the cartel is looking after us.  I'm sorry that I

19   couldn't find it earlier.  Let me see.

20            THE COURT:  Is that 238?

21            MS. CHANG MORRISON:  Yes.  Thank you.  I just want to

22   make sure it's --

23            THE COURT:  Are you offering that exhibit?

24            MS. CHANG MORRISON:  I didn't have time.  I couldn't

25   find it, Your Honor.  I just want to make sure it's been offered.

```
 1          THE COURT:  Any objection to 238?
 2          MR. BENNETT:  No objection, Your Honor.
 3          THE COURT:  238 is admitted.
 4          MS. CHANG MORRISON:  Thank you.
 5                  (Exhibit No. 238 admitted.)
 6          MS. CHANG MORRISON:  Thank you.
 7          THE COURT:  Anything further?
 8      Okay.  You may step down.
 9      Ms. Chang, do you have an additional witness to testify?
10  There's a witness listed on the witness list.
11          MS. CHANG MORRISON:  Yes, Your Honor.
12          THE COURT:  All right.  That person's name?  And please
13  call them.
14          MS. CHANG MORRISON:  Carrie, please.
15          THE COURT:  Please step forward.  Please raise your
16  right hand.
17                      CARRIE WHITNEY,
18      having been sworn under oath, testified as follows:
19          THE CLERK:  Okay.  Please have a seat.
20          MS. CHANG MORRISON:  Excuse me, Your Honor.  Should I be
21  here?
22          THE COURT:  Yes.  Step to the same place.
23      Just one second.  Hold up.
24          THE CLERK:  If you could please state your first and
25  last names and spell your last name for the record.
```

1           THE WITNESS:  My name is Carrie Whitney.  My last name

2     is spelled W-h-i-t-n-e-y.

3           THE COURT:  All right.  You may ask questions at this

4     time.

5                        DIRECT EXAMINATION

6     BY MS. CHANG MORRISON:

7     Q   Carrie, can you please introduce yourself a little bit.

8     A   Yes.  So it's with a heavy heart that I'm here today, because

9     the way that I know -- well, first, my name is Carrie Whitney.

10    I have two children.  I'm a teacher at Mukilteo High School.  I

11    teach arts.  I have been a resident on Whidbey Island for many

12    years now.

13          I know the Morrison family.  My mother-in-law went to college

14    with Ryan Morrison's mother, Candace Jordan.  So when I met my

15    husband, we pretty much met the Morrisons, and they were good

16    family friends.  So it saddens me that things are the way that

17    they are between us, but I also feel like things need to be said

18    that haven't been said.

19    Q   Thank you.  Let me -- let us know --

20          THE COURT:  You need to speak up, Ms. Chang.  I can

21    barely hear you.

22    Q   Can you please tell how we have been working together, like

23    what --

24    A   Yeah.

25          So I met Fany, we have a -- I'm trying to, like, do the

 1  cliff-notes version because there's been so much time.

 2      So I met Fany several times, like we're in the same

 3  community, we're in the same groups.  We volunteer for an

 4  organization called Roots of Wellness.

 5      In the last two years, I have really gotten to know Fany as a

 6  person.  But before that, we were -- I'm sorry, I will slow down

 7  too.  Before that, we were at -- like we would have family

 8  gatherings, a thing called Solstice, and so Fany and Ryan and

 9  their family were often there.  And so one of my first

10  interactions with Fany was Ryan was doing -- there's a part of

11  our family tradition where the kids and family members prepare

12  things to either sing a song or celebrate something in their

13  life, and I just remember this vignette with Fany and Ryan where

14  Fany was encouraging Ryan to tell us about his new plans.  And

15  this was many, many years ago.

16      And then, since then, my husband, who is in court today,

17  Andrew, had also gone to high school with Ryan and Damon Arndt,

18  who's been mentioned earlier, whose wife was here earlier.  And

19  so we have this intermingling of a community and have had many

20  events.

21      D█████ -- or D.D.M. and R.E.M. have been at birthday parties,

22  we have -- I remember D.D.M. being at soccer the same time as my

23  children were playing.

24  Q   And --

25  A   And --

1    Q    Sorry.

2    A    No, no, no.

3         I was going to lead into my husband inspected their house in

4    2017 that they bought on Lone Lake Road, and my assumption is

5    that -- I mean, that's where -- this was their home, as far as I

6    understood things to be.

7         Whidbey Island was where Ryan grew up, and this is where the

8    family has stationed.  They visited Mexico, but my understanding

9    was this is -- this was their residence.

10   Q    Okay.  Carrie, do you remember the lantern walk two years

11   ago?

12   A    Yeah.

13        So backing it up a little further, if I may, Fany came to me

14   November 2022, when Ryan had left to go to Mexico, very concerned

15   about where he went -- or not where he went.  She knew at that

16   point where he had gone, but he hadn't left her any money or

17   given her any timeline.  She was feeling pressured to find a

18   place to live and was considering -- she had talked about having

19   Ryan -- or requesting Ryan to get help and that she felt very

20   desperate and feeling like she needed to ask for a divorce at

21   that particular time.  And then she had no timeline, as far as my

22   understanding was, when Ryan was going to come back from Mexico.

23        And so when Ryan returned December -- I think our lantern

24   walk -- the lantern walk is a community event that we organize

25   through our volunteership.  We have community members, we all

 1    make lanterns and walk through the streets of Langley, and it's a

 2    connection between two of the communities that we serve, the

 3    Soundview Center and Healing Circles.  And so Ryan came back, I'm

 4    not sure when, but he appeared at the lantern walk, and it was

 5    very tense.  And I had spoke to Ryan, I don't remember exactly

 6    what I said, but I remember saying, "Oh, you must be jet-lagged,"

 7    and it was a little, like, awkward because I knew that they were

 8    going through a rough time.  And I don't know, it was very

 9    strange.  The event went great, and Fany had to leave early

10    because I think of the natural awkwardness of the situation.

11    Q    What do you remember about talking to Candace about the

12    situation?

13    A    So my first thought was, you know, what's between two people

14    is between two people, but it became very tenuous when Ryan had

15    taken E█████ without Fany's permission, because I knew he had --

16    well, I was under the understanding he had been served, and I was

17    there during the process and helped Fany get a lawyer and set up

18    all of the things that were involved with that process.  And so

19    it was interesting to me that -- and also not surprising, and so

20    I watched the fallout of the rift of that choice that Ryan had

21    made and ...

22    Q    Did you talk to Candace about it?

23    A    Yes.  So about a month into it -- it's emotional because, as

24    a mom, like, that's your worst fear, of having your child taken,

25    and then to see someone have that taken from them in that way, it

1  was hard to watch and witness, which is part of the reason I

2  think being here is really important, is bearing witness to those

3  things.

4       So I had a conversation with Candy.  She was very close to my

5  mother-in-law and they were very tight.  And when my

6  mother-in-law passed in 2020 of pancreatic cancer, she brought

7  over a tree and really, like, reached out to us.  And I thought

8  we were close, and I don't under -- I mean, I guess I understand

9  why we aren't now.  But it's just sad.

10      So I reached out to Candace, when I knew she was going to go

11  to Mexico, and just said -- and I have a text that I didn't

12  submit to court, or I didn't know if I was supposed to -- that

13  just said that it's been very painful to watch what's happening,

14  and if there's anything in her power to be able to ask Ryan to

15  give the paperwork back, that there's a lot of suffering for

16  D.D.M. and Fany, and it's destroying their family, to not even

17  get the opportunity to go and visit E███████, even if she wanted

18  to.  And Candace replied back that Fany will get her paperwork

19  and that she appreciated that I was there.

20      Am I talking too fast?

21      That she appreciated that I was there for Fany and that she

22  would basically do her best.

23  Q   Do you remember talking to Amber, Ryan's sister?

24  A   Yes.

25      So moving forward, Fany had -- I was also privy to Fany

1    filing all the FBI paperwork and all the stuff for the Hague, and

2    helped with -- or me and my friend Shannon, who was here earlier,

3    helped with translations and ...  Can you repeat the question?

4    Q    Yes.

5         Do you remember talking to Amber?

6    A    Yes.

7         So when Fany decided to retrieve E███████ -- R.E.M. from

8    Mexico, I had no idea she was -- when she was going.  I know she

9    had thrown around the idea, and I knew that Damon had received

10   some texts, but I didn't know what the plan was.  So when I heard

11   about it, I believe it was from Damon, who had received texts

12   from Ryan, if I'm remembering correctly, and then Amber had

13   contacted me and asked me if I had known where E██████ and Fany

14   was, and at that point in time, I really felt, like, a loyalty to

15   Fany and that the family was condoning the actions of Ryan taking

16   E██████.  And so I was very tender, and it was a hard

17   conversation, because their family connection meant something to

18   me, and it was hard for both parties.

19        And so the conversation with Amber was, one, I don't know,

20   and then I had said that they can't -- I have a text chain -- and

21   I had said something along the lines of they can't think it's

22   best for E██████ to be in a situation where there's this ex who's

23   making threats, that there's a cartel down there, and to be

24   without his mother, with no way to, like, contact them, like kind

25   of surprised that the family would support that.  And Amber's

1    response was, pretty much, mind your own business, and I said

2    fair enough, and that was the end of the conversation about that.

3    Q    Thank you.

4    A    Uh-huh.

5             MS. CHANG MORRISON:  That's it.

6             THE COURT:  Okay.

7         Cross-examination.

8                            CROSS-EXAMINATION

9    BY MR. BENNETT:

10   Q    So you testified earlier that you assumed that the Lone Lake

11   house that the parties had purchased in 2017 was their home,

12   correct?

13   A    I don't think it's an assumption.  But they purchased it and

14   lived there.  That's usually a home.

15   Q    All right.  So when they sold the home in 2020, did that

16   change your mind?

17   A    No.  Because I -- I mean, it's a small town, so I was privy

18   to the idea that they were getting the property.  Fany and I were

19   in similar circles.  I talked to Candace.  So my understanding

20   was that they were buying this property to buy a house and put

21   their dream home on.

22   Q    All right.  You also testified that it was your understanding

23   that Mr. Morrison had been served with the divorce papers?

24   A    Yes.  It's hard for me to believe that he wasn't.

25   Q    All right.  How did you gain that understanding that he had

 1    been served?

 2    A    Because during the discussions with the lawyer, I was -- and

 3    my friend Shannon, we would talk regularly and support Fany in

 4    getting that paperwork, and so we sort of knew the plan for

 5    serving the papers and ...

 6    Q    So it's essentially stuff other people told you?

 7    A    Not really.  I mean, I was there when Fany had the paperwork

 8    and was organizing the paperwork.  My friend Shannon had gone to

 9    the lawyer.  I think we were pretty integral in the understanding

10    of what was happening.  But as far as directly seeing Ryan

11    served, I wasn't there, yes.

12    Q    All right.

13              MR. BENNETT:  No further questions, Your Honor.

14              THE COURT:  All right.  Anything further, Ms. Chang, of

15    this witness?

16              MS. CHANG MORRISON:  Yes.  Oh, you know what?  No,

17    that's it.

18              THE COURT:  I couldn't hear you.

19              MS. CHANG MORRISON:  That's it.  Thank you.

20              THE COURT:  Okay.  You may step down.

21              THE WITNESS:  Okay.

22              THE COURT:  Counsel, any rebuttal testimony at this

23    time?

24              MR. BENNETT:  Yes, Your Honor, just briefly.

25              THE COURT:  Okay.  Please retake the witness stand, sir.

1    You are still under oath.

2                          RYAN NEIL MORRISON,

3        previously sworn, resumed and testified as follows:

4                          DIRECT EXAMINATION

5    BY MR. BENNETT:

6    Q    All right.  Please turn to Exhibit 210.

7    A    I'm sorry.  Which number?

8    Q    210, 2-1-0.

9        All right.  So you recognize Exhibit 210, 2-1-0?

10   A    Yes.

11   Q    And is that a text message you sent to Ms. Morrison on

12   February 24th, 2023?

13   A    Yes.

14   Q    Is that all the text message?

15   A    No.

16   Q    All right.  Did you send her a text message the next day?

17   A    Yes.

18   Q    Do you recall what you said in that text message?

19   A    I do.  I have it right here in front of me.  Shall I read it?

20   Q    No.  You are going to have to testify about this from memory.

21   A    Oh, okay.

22        Well, I can tell you I sent her a text message the next day,

23   on February 25th.  I let her know I had achieved a restraining

24   order against Miguel.  I was very scared of him.

25        I have later since learned that my fears about Miguel had

1   been extremely overstated.  I have been fed a story over years

2   and years about Miguel that has simply not been true.  So the

3   slightest thing or motion or presence of Miguel transmitted the

4   same fear that Fany had to me and I also feared Miguel.  I have

5   since learned that the vast majority of things that she said

6   about Miguel are not true and her story is just simply not true.

7       So, anyhow, I was very concerned when E███████ -- I'm sorry,

8   when Miguel arrived in town.  He had no intention of kidnapping

9   E██████.   The only mention he made of it was saying to me, "I'm

10  not here trying to kidnap your son, like you guys did to mine.

11  I'm not here to kidnap him."  But just hearing him saying the

12  words "kidnapping your son," just like Fany, just brought sort of

13  the fear inside of me, just hearing him say that.

14  Q   All right.  After that time -- up to that time, what

15  information had you received about Miguel Rubalcava?

16  A   From what time period or from when?  Can you --

17  Q   Well, up to the time that he showed up at your door in

18  February of 2023, what information did you have about him?

19  A   Up to that point in time, I mean, I had met him a handful of

20  times when we lived in Playa del Carmen, and all the other

21  information I had about him was what I received from Fany.

22      And he did -- through the years, he would typically call on

23  D.D.M.'s birthday, trying to make contact with him.  And even

24  though I had this very bad perception of who he was, I thought,

25  as a father, even if that was true, he still had rights to his

1  son and he was clearly looking for his son, which surprised me,

2  because she told me he didn't want to see him, and here he was

3  looking for him.  So it was very confusing.

4      And I just knew any person that hasn't done anything, you

5  know, incredibly horrendous, has a right to see their child and

6  any child has a right to know their parents.  And he pleaded to

7  me, and his wife pleaded to me, to allow some kind of interaction

8  between D.D.M. and himself.

9      And I recall specifically one of the conversations after his

10 birthday, I said, "Let me -- give me a week to think about this

11 and see what we can possibly do."  I spoke with Respondent Chang,

12 I suggested we should have at least, for a bare minimum, that

13 D.D.M. should be able to go and spend a week per year with his

14 father, and her response to me was that "No, he can never see him

15 again, and I want you to block him from your phone and I want you

16 to have no more contact ever again with D.D.M.'s father, Miguel."

17 Q   So a simpler question.  Was the information that

18 Ms.  Morrison or Ms. Chang, the respondent, was the information

19 she gave you about Mr. Rubalcava correct?

20 A   No.

21 Q   And did you discover -- when did you discover it was

22 incorrect?

23 A   Well, I began to get information when I saw the birth

24 certificates and compared them, and it became, you know, very

25 obvious what she had done.  But then it -- I still was afraid of

1  him, even after having seen that information.  But when he came

2  looking for his son to our home in Buena Vista, the first thing I

3  did was go somewhere I felt safe and give him a call and try to

4  understand what was going on, and he was just simply looking for

5  his son.  And I, you know -- you know, began to feel a little bit

6  easier, I guess, a very tiny amount.  But he stayed there, and I

7  didn't know what his intentions were, and I was afraid of him.

8  And it wasn't until after he left and I had a conversation with

9  him, and I had a list of questions, that it didn't make sense to

10  me, from what he was telling me and what the story was.  And I

11  went through the list of questions and I asked him, and when he

12  gave me the answers, I just realized how stupid I have been to

13  have believed the things that she had told me, because they don't

14  make any sense.

15      I've always had an overwhelming sense of protection, to

16  protect my wife and my family.  My first instinct was always to

17  protect them and not to question the validity of the statements

18  that she was giving me, but I found that I had been fed lie after

19  lie after lie and it had persisted for years.

20  Q   All right.  Did you spend New Year's Eve 2022/2023 with

21  Ms. Morrison, the respondent, at her house?

22  A   Yeah.  Yes.  I stayed on a sleeping mat on the floor.

23  Q   All right.  And did you two discuss the Island County divorce

24  case on that occasion?

25  A   No.

1    Q    Did you even know about it?

2    A    No.  At that point, if anything, we had patched things up,

3    and the next morning, we went to Ultimate Frisbee together and

4    she said we should have a baby girl.

5    Q    When you went to Mexico with E███████ a few days later, was it

6    your understanding that you had permission to do so?

7    A    Yes.

8    Q    Why do you say that?

9    A    We had been through a number of agreements.  She had already

10   given me permission to return with E██████, you know, weeks after

11   we had returned -- come to visit Whidbey Island.  Then she gave

12   me permission -- we were expecting to go back at the end of the

13   summer.  Her agreement had been at one point -- later, we had

14   made a negotiation that I would go back with E██████ in the fall,

15   and she would stay for the school year, so I had that agreement.

16   But the most recent agreement was that I could take him for a

17   month every winter.  You know, this was a unilateral sort of

18   agreement.  She was saying this is what I'm offering you, take it

19   or leave it.  But at a bare minimum, she said, "You can have him

20   for a month every winter."  And then I was going to take him in

21   January, and that was the plan.

22   Q    All right.  And did you let Ms. Morrison know about that

23   plan?

24   A    Yes, we spoke about it frequently.  And because things were

25   so awkward with her and there's so much -- unusual things, I

 1   wanted to get some of this stuff documented.  So I let her know,

 2   very clearly, with a text message on December 29th, I'm planning

 3   to leave in a few days with R.E.M., we're going home, I will

 4   enroll him in school, we will be staying with your parents, I

 5   want him to have some quality time with your parents before they

 6   move out of their house towards the end of January.

 7   Q   All right.  What kind of marriage did you have with

 8   Ms. Morrison in Mexico?

 9   A   Yeah.  I think in English it would be translated best as

10   separation of assets.

11   Q   What does that mean?

12   A   I think it's kind of equivalent to a strict prenuptial

13   agreement where your finances are completely separated, so that

14   should you come to a divorce at some point in time, there would

15   be no property, or the finances are separate, and there wouldn't

16   be any significant financial responsibilities to the other party.

17   Q   And would the Mexican courts enforce that?

18   A   Well, certainly they would.

19   Q   So Ms. Morrison testified that when you went down to Mexico,

20   you didn't -- in November 2022, you didn't leave her any money,

21   correct?

22   A   Yes, that's what she said.

23   Q   Did you have a joint bank account at that time?

24   A   No.

25   Q   Did you ever have a joint bank account with Ms. Morrison?

 1  A    No.

 2  Q    All right.

 3           MR. BENNETT:  No further questions, Your Honor.

 4           THE WITNESS:  Could I just add one thing?

 5           THE COURT:  Yes.

 6           THE WITNESS:  So I wanted to just point out specifically

 7  that, on February 25th, after getting the restraining order

 8  against Miguel, I then came to understand that he was gone.  He

 9  had been gone for a week.  I let Respondent Chang know that he

10  had left, he had been gone for a week, and that there was no more

11  concern; we could all relax now.  And she responded to that

12  saying that she had been worried.  There's no more need to worry,

13  there was no more risk.  So I don't -- I can't understand her

14  justification for saying that there was some kind of a risk.

15  Miguel was gone, I let her know he was gone, and there was no

16  more concern.

17           MR. BENNETT:  Okay.  All right.  That's all I have, Your

18  Honor.

19           THE COURT:  Ms. Morrison, cross-examination?

20           MS. CHANG MORRISON:  Yes.

21                        CROSS-EXAMINATION

22  BY MS. CHANG MORRISON:

23  Q    In February 2022, did you give my phone number to Miguel?

24  A    I don't recall.

25  Q    In February this year, did you give my new number to Miguel?

 1  A    I'm sorry.  When?

 2  Q    This February, last month, when you and Miguel were together.

 3  A    I thought you already asked that question.

 4  Q    Sorry?

 5  A    I thought you already asked that question.

 6  Q    No.  I'm sorry.  I'll try to explain myself again.

 7       When you had E█████ in Mexico and Miguel show up, did you

 8  give my phone number to Miguel?

 9  A    No.  What I -- when Miguel came to visit, looking for his son

10  at our home in Buena Vista, I did not feel comfortable sharing

11  your telephone with him, so what I did instead, because he was

12  looking to get access to his son, I thought the reasonable thing

13  to do would be to give him access to your attorney's phone

14  number.  So I gave him your attorney's information, and I told

15  him, "I would like you to leave me alone and never talk to me,

16  and this is information.  If you want to file for custody with

17  your son, this is the appropriate way to do so."

18  Q    Did you ever tell me that Miguel didn't want to kidnap

19  E█████ and it was a misunderstanding, that you didn't understand

20  well?

21  A    Well, as I mentioned, I just explained that there was a

22  message that I sent saying that there was -- he was gone and

23  there was no risk.  And I don't think we've had any conversation

24  about the threat.

25       What I do remember is when I was very concerned and scared

 1  for my safety, you and your parents refused to call or respond to

 2  any of my messages, and I felt completely abandoned.

 3  Q    Did you give Miguel my parents' address?

 4  A    No.

 5  Q    Did you know that he show up 30, 20 minutes before you did,

 6  to my parents' house?

 7  A    I did hear about that later.

 8  Q    This February, did you give my phone number to Miguel, my new

 9  phone number?

10  A    I don't recall.

11  Q    Did I tell you about D█████'s birth certificate since we met?

12  A    No.

13  Q    Have you met Miguel before in person?

14  A    This question has already been answered several times.

15       THE COURT:  Answer the question.

16  A    Yes.

17  Q    Do you remember in December 2015, the first time that you

18  came to visit D.D.M. and myself in Mexico, it was December, it

19  was D.D.M.'s Christmas festival.  Do you remember being there?

20  A    I'm not sure what you mean by "Christmas festival."  Do you

21  mean at school?

22  Q    Yes.

23  A    The first time I came to visit, yes, I remember that.

24  Q    Yeah.

25       Was Miguel there?

1   A    No.

2   Q    Do you remember the second event, when we fill out D█████

3   with a lot of -- many balloons and he was an Oompa Loompa?

4   A    I do.  It was very cute.

5   Q    Was Miguel there?

6   A    Not that I know of.

7   Q    Did -- D.D.M. was spending overnights with Miguel while we

8   were together in Mexico?

9   A    Yes.

10  Q    Do you remember that he didn't let me see him for 14 nights?

11  A    I don't think that's a correct statement about the facts of

12  that event.  Can I elaborate?

13       What happened at that time, my understanding is that you gave

14  permission for D.D.M. to spend a week with his father.  He went

15  for a week.  Then you went -- you understood you were going to

16  pick him up after a week, but he wasn't there for pickup.  You

17  met his psychologist and Miguel together, and they let you know

18  that Miguel wanted to have full custody of E█████ {sic}, and the

19  psychologist was recommending that, and you had what sounded like

20  a meltdown, a freak-out.  It's the kind of thing I have seen

21  before, the kind of rage and fear, to be honest, I don't think I

22  have ever seen in another person before.  And it's the same way

23  you got on several occasions when you beat me.  So I know how you

24  acted, based on your description of those events.

25       We will continue.  From there was that he kept D.D.M. for an

1  additional week, and then when you went to pick him up after two

2  weeks -- so my understanding was that you had given permission

3  for him to stay for one week, and he ended up staying one week

4  longer than you had asked.  So he's been, you know, away from you

5  for seven -- seven days longer than you would have liked.  And

6  just for perspective, he's now been away from his father for

7  seven years longer than he would have liked.

8       And just for the record, fathers feel the pain just as deeply

9  as mothers do when a child is taken away from them.

10      And --

11          THE COURT:  All right.  We're past 4:30 at this time.

12      I'm sorry, sir.  Did you finish your statement?

13  A   Almost.  I'll make it quick.

14      And then when things wrapped up there, I know Ms. Chang likes

15  to say that Miguel said he never wanted to see his son again, and

16  that is not the case.

17      At the end of that encounter, he asked for no longer paying

18  child support, but for having full custody of his son, and that

19  was the last time he ever saw his son.

20          THE COURT:  All right.  We're past 4:30.  We will stop

21  today.  We will resume on Tuesday at 9 a.m., and at that point in

22  time, we will complete the examination or testimony of the

23  petitioner in this case and closing arguments at that point in

24  time.

25          Counsel, is there something to bring to the court's

```
 1   attention?

 2          MR. BENNETT:  No, Your Honor.  I just wanted to confirm

 3   Tuesday of next week at 9 a.m.?

 4          THE COURT:  Yes.

 5          MR. BENNETT:  And there will be a closing?

 6          THE COURT:  Completion of the cross-examination and then

 7   closing argument, and the court will issue an order from the

 8   bench.

 9          MR. BENNETT:  Thank you, Your Honor.

10          THE COURT:  All right.

11          MS. CHANG MORRISON:  Thank you.

12          THE COURT:  So Tuesday, 9 a.m., this courtroom, and we

13   will complete the balance of this trial.

14          MS. CHANG MORRISON:  Thank you.

15          THE COURT:  We will be in recess.

16          THE CLERK:  Please rise.

17                      (Adjourned.)

18                  C E R T I F I C A T E

19       I, Nickoline M. Drury, RMR, CRR, Court Reporter for the

20   United States District Court in the Western District of

21   Washington at Seattle, do certify that the foregoing is a correct

22   transcript, to the best of my ability, from the record of

23   proceedings in the above-entitled matter.

24                      /s/ Nickoline Drury

25                      Nickoline Drury
```